IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
J.N
FEB X 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT
FEB 0 8 2008

| | |
|---|---|
| In re: the Application of ) | |
| ) | |
| ASPASIA ZAIMIS, ) | |
| ) | |
| Petitioner, ) | Docket No. |
| ) | |
| to request the production of documents by ) | **PETITION** |
| the ART INSTITUTE OF CHICAGO ) | |
| ) | |
| for use in an action pending in the Civil ) | 08CV838 |
| Court of the Cantonal Tribunal of the ) | JUDGE NORDBERG |
| Canton of Vaud, Switzerland. ) | MAG. JUDGE COLE |

NOW COMES Petitioner Aspasia Zaimis, by her attorneys, Lawrence, Kamin, Saunders &

Uhlenhop, L.L.C., as and for her petition pursuant to 28 U.S.C. §1782, states as follows:

1.      Petitioner is a citizen of the Republic of Greece, and a resident of Athens, Greece,

and makes this petition in support of her application as an "interested person" within the meaning

of 28 U.S.C. §1782 for an order directing that the Art Institute of Chicago produces documents, in

connection with an action pending in the Civil Court of the Cantonal Tribunal of the Canton of

Vaud, Switzerland, in which I am plaintiff.

### The Underlying Action

2.      By complaint dated February 4, 2005, Petitioner has brought an action before the

Civil Court of the Cantonal Tribunal of the Canton of Vaud, Switzerland, for a declaration of rights

and for the delivery of a legacy, against the Foundation Elise Goulandris, which, on information

and belief, is a non-profit organization with a registered office in Athens, Greece (the

"Foundation"), and Kyriakos Koutsomallis, a resident of Athens, Greece (the "Swiss Action").

Annexed hereto as Exhibit A is a true copy (in French together with a certified translation in

English) of Petitioner's complaint against the Foundation and Mr. Koutsomallis in the Swiss

Action ("Swiss Complaint").  Annexed hereto as Exhibit B is a true copy of a certificate of the

clerk of the Civil Court of the Cantonal Tribunal of the Canton of Vaud, Switzerland, certifying that Petitioner commenced the Swiss Action and summarizing the Swiss Complaint, together with a certified translation of that certificate into English.

3.    During her life, Petitioner's aunt Elise Goulandris ("Mrs. Goulandris") and her husband, Basil, who predeceased her, assembled a renowned collection of modern art, including works by Picasso, Van Gogh, Braque, Miro, Kandinsky, Jackson Pollock, Gauguin, a partial inventory of which appears at paragraph 23 of the Swiss Complaint.

4.    The Swiss Action seeks a declaration that all of the "movable property" owned by and included in Mrs. Goulandris' estate, who, although domiciled in Lausanne, Switzerland, died in Athens, Greece, on July 25, 2000, was, by her Will, bequeathed to her nieces and nephews, including Petitioner, with the exception of certain "antique" objects suitable for a museum. Under Mrs. Goulandris' will, a copy of which is annexed as Exhibit C, together with a certified translation into English, Petitioner, along with her cousins and sister, inherited all of Mrs. Goulandris' items of movable property, except those considered by Mr. Koutsomallis (who under Mrs. Goulandris' will, performed a function similar to that of an executor) to be "antique objects of value that are suitable for a museum." Such antique objects were left to the Foundation.

5.    Mrs. Goulandris' renowned collection mentioned above should have been included in her estate and distributed among Petitioner, her sister and her cousins.

6.    The following painting:

> *Paul Gauguin*
> *Nature morte aux pamplemousses (Nature morte aux pommes et aux fleurs)*
> *Still life with grapefruit (Still life with apples and flowers)*
> *1901/1902*
> *Oil on canvas*
> *66 x 76 cm*
> *Wildenstein no. 631*

2

(the "Painting") was part of the exhibition "The Art of Paul Gauguin" (the "Exhibition") that took place from September 17 to December 11, 1988, at the Art Institute of Chicago. The same Exhibition was shown at the National Gallery, Washington, D.C., from May 1 to July 31, 1988, and at the Grand Palais, Paris, from January 10 to April 20, 1989. The Painting is described as being part of a "private collection, Lausanne, Switzerland" in the catalogue of the Exhibition. Annexed hereto as Exhibit D is a true copy of the relevant pages of the catalogue of the exhibition.

7.     During the course of the Swiss Action, Mr. Koutsomallis stated that the Goulandris collection, including the Painting, was sold in the mid-1980s. Petitioner knows of her own knowledge that many of those works, including the Painting, hung in her aunt's home in Gstaad until her death in 2000. Annexed hereto as Exhibit E are pictures of the Painting, in Gstaad. Petitioner intends in the Swiss Action to dispute Mr. Koutsomallis' position that the Painting had been sold in the mid-1980s and will argue that the Painting was part of Mrs. Goulandris' estate and should have been included in it.

### The Need for the Art Institute of Chicago Production

8.     Accordingly, in order to prosecute her claims in the Swiss Action, Petitioner requires copies of documents in possession of the Art Institute of Chicago that relate to the loan of the Painting for the Exhibition. Petitioner understands and believes that these documents will identify the person who loaned this Painting to the Art Institute of Chicago and are probative of ownership of the Painting.

9.     Petitioner has attempted to secure copies of these documents from the Art Institute of Chicago without Court intervention, but has been informed that the Art Institute will disclose the responsive documents only if it receives a properly issued subpoena or other order compelling production.

WHEREFORE, Petitioner respectfully requests that this Court enter an order as follows:

3

(a)    granting the Petition, and permitting the Petitioner to serve a subpoena pursuant to Fed. R. Civ. P. 45 upon the Art Institute of Chicago to produce documents relating to the loan of the Painting in connection with the Exhibition; and

(b)    awarding such other, further and different relief as the Court deems just, equitable and proper.

ASPASIA ZAIMIS

By:_____

Peter E. Cooper, Esq. (ARDC No. 6218794)
Lawrence, Kamin, Saunders & Uhlenhop, L.L.C.
300 South Wacker Drive, Suite 500
Chicago, Illinois 60604
(312) 372-1947

## VERIFICATION

REPUBLIC OF GREECE    REPUBLIC OF GREECE    )

                      PROVINCE OF ATTICA    )

                      CITY OF ATHENS SS    )

UNITED STATES CONSULATE   CONSULATE OF THE     ) SS:

                      UNITED STATES OF AMERICA )

ASPASIA ZAIMIS, alleges under penalties of perjury:

I am the Petitioner in the within action. I have read the foregoing Petition and know the contents thereof. The contents are true to my own knowledge, except as to matters therein stated to be alleged on information and belief, and as to those matters, I believe them to be true.

_____
ASPASIA ZAIMIS

Sworn to before me this _____
day of February, 2008

_____
U.S. Consul

Elaine Raplos
American Vice Consul

5



Christian FISCHER
DOCTEUR EN DROIT
*AVOCAT*
LAUSANNE

N°2944    P.2/22

# COPI

# DEMANDE EN CONSTATATION DE DROIT ET EN DELIVRANCE DE LEGS

## à la

## Cour Civile du Tribunal Cantonal du Canton de Vaud

**pour**

**Madame Aspasia ZAIMIS**, née VEROUTIS, domiciliée 14, rue Rigillis, 10674 Athènes, Grèce, représentée par l'avocat Christian Fischer, Juste-Olivier 9, 1006 Lausanne

**contre**

**1. La Fondation Elise GOULANDRIS**, fondation ayant son siège 6, rue Panou Aravantinou, 10672 Athènes, Grèce, dont le conseil est l'avocat Jean-Christophe Diserens, 1 place Bel-Air / Métropole, 1002 Lausanne et pour être notifiée à M. Eftathios KARADONTIS, Président du Conseil d'administration, 6, rue P. Aravantinou, 10672 Athènes

**2. M. Kyriakos KOUTSAMALLIS**, domicilié 6, rue Panou Aravantinou, 10672 Athènes, Grèce.

N°944    P.3/

2

## I. FAITS

1.-    Le 25 juillet 2000 est décédée à Athènes, Grèce, Mme Elise GOULANDRIS, tante de Mme Aspasia ZAIMIS, née VEROUTIS.

Preuve :    Pièce 1, 2 et Témoins.

2.-    Feue Mme Elise GOULANDRIS était domiciliée Ch. de Beau-Rivage 10 à Lausanne.

Preuve :    Pièce 1.

3.-    Elle était la veuve de l'armateur grec Basile GOULANDRIS.

Preuve :    Pièce 1.

4.-    Par testament olographe du 7 octobre 1997, homologué le 11 septembre 2000 par le Juge de Paix du cercle de Lausanne, la défunte a institué héritière la Fondation Elise GOULANDRIS.

Preuve :    Pièce 2.

5.-    La défunte a en outre légué à son frère et ses quatre nièces, dont la demanderesse Aspasia ZAIMIS, des biens immobiliers et mobiliers.

Preuve :    Pièce 2.

6.-    La testatrice a désigné comme exécuteur testamentaire, le défendeur Kyriacos KOUTSOMALLIS...

Preuve :    Pièce 2 et témoins.

7.-    ... lequel était et est directeur de la Fondation Elise GOULANDRIS.

Preuve :    Témoins.

8.-    Dans son testament du 7 octobre 1997, Mme Elise GOULANDRIS a disposé que, parmi les biens mobiliers qui lui

3

appartenaient, l'exécuteur testamentaire séparerait tout ce qu'il considérerait comme étant des pièces antiques de valeur, propres à un musée, et a décidé qu'elles parviendraient à la Fondation défenderesse, le reste parvenant à ses quatre nièces, Evanthie KARADONTIS, fille de Pantéli pour 1/3, Elisa KARADONTIS, fille d'Eustathios, avec ses frères, pour 1/3 et Aspasie et Evanthie VEROUTIS, filles d'Alexandre, en commun, pour 1/3 les deux.

Preuve :        Pièce 2.

9.-        En application des articles 558 al. 1 du Code civil et 536 du Code de procédure civile vaudois, l'Office de Paix du cercle de Lausanne a communiqué les clauses testamentaires aux ayants droit au mois de mai 2001.

Preuve :        Pièce 2.

10.-        D'emblée, des difficultés ont surgi entre la Fondation Elise GOULANDRIS et les légataires au sujet de l'interprétation du testament, en particulier de la notion de biens mobiliers et « pièces antiques de valeur, propres à un musée » ainsi qu'au sujet de la composition de la succession.

Preuve :        Témoins.

11.-        C'est sur la base des renseignements fournis par l'exécuteur testamentaire que l'Office de Paix du cercle de Lausanne a, le 20 juillet 2001, dressé un inventaire des biens de la succession de la défunte.

Preuve :        Pièce 1 et témoins.

12.-        Parmi les biens portés à cet inventaire figurent notamment 1275 actions RHEA SA, d'une valeur nominale de Fr. 1000.- chacune.

Preuve :        Pièce 1.

13.-        Il s'agit là d'actions au porteur constituant la totalité du capital action de la société RHEA SA, ayant son siège à Fribourg.

Preuve :        Pièce 3.

14.-        · Il s'agit à l'évidence de biens mobiliers...

4

Preuve :           Appréciation.

15.-              ... et évidemment pas de biens antiques.

Preuve :           Appréciation.

16.-              Mandataire ponctuel de l'exécuteur testamentaire, le notaire lausannois Oliver VERREY, a prétendu que ces actions n'étaient pas léguées.

Preuve :           Pièce 4.

17.-              Dans son testament, Madame Elise GOULANDRIS avait cependant manifesté la volonté de léguer à ses nièces, dont la demanderesse, ses biens mobiliers à l'exception d'objets d'art antiques dignes d'un musée.

Preuve :           Pièce 2 et appréciation.

18.-              Par objet d'art antique, au sens du testament de Mme Elise GOULANDRIS, il faut comprendre des objets d'art remontant à l'époque gréco-romaine.

Preuve :           Appréciation, subsidiairement expertise.

19.-
son décès:        Mme Elise GOULANDRIS était notamment propriétaire à

-          d'un dossier titres nominatif N° 0243-GOS50405, auprès de la banque UBS SA
-          d'un dossier titres N° 69432890851, auprès de la Barclays Bank à Paris.

Preuve :           Pièce 1.

20.-              Les titres sous ces dossiers sont des biens mobiliers.

Preuve :           Appréciation, subsidiairement expertise.

21.-              Ces dossiers titres ont été portés à l'inventaire des biens de la succession de Mme Elise GOULANDRIS...

Preuve :           Pièce 1.

5

22.-                    ...mais n'ont jusqu'ici pas encore été distribués aux
légataires.

Preuve :        Absence de preuve contraire.

23.-            N'ont notamment pas été compris dans l'inventaire dressé
le 20 juillet 2001 par l'Office de Paix du cercle de Lausanne les biens
mobiliers suivants:

- les titres de la société BLUE HORIZONS
CORPORATION, Libéria ;

- les œuvres d'art suivantes:

1.  Edgar Degas, *Cheval à l'abreuvoir* (1866/1868).
    Bronze (patine marron foncé), 13j 17x23x13 cm

2.  Edgar Degas, *Petite danseuse de quatorze ans*
    (1880/1881).
    Bronze, Cire perdue A-N 302400, 99 cm

3.  Paul Cézanne, *La Campagne d'Auvers sur Oise*
    (1881/1882).
    Huile sur toile, 1881/1882 92,5 x 73,5 cm

4.  Paul Cézanne, *Portrait de l'artiste regardant par-dessus
    l'épaule.* (1883 / 1884).
    Huile sur toile, 85 x 85 cm

5.  Paul Cézanne, *L'église de Montigny sur Loing* (1898).
    Aquarelle et crayon sur papier, 44,5 x 32,4 cm

6.  Auguste Rodin, *L'éternel printemps* (1884).
    Bronze (patine Marron), 66 x 49x5 x 42 cm
    Signé Rodin, fondeur Barbedienne (numéro fonderie
    55592)

7.  Claude Monet, *Cathédrale de Rouen le matin (dominante
    Rose)* (1894)
    Huile sur toile, 100 x 65 cm
    Signé et daté : « Claude Monet 94 », coin inférieur
    gauche.

6

8. **Paul Gauguin**, *Hina* (1892/ 1893).
   Bronze 1/6, 37 cm (Numéro sur la base 1/6), (C. Valsuani, cire perdue)

9. **Paul Gauguin**, *Nature morte aux pamplemousses, (Nature morte aux pommes et aux fleurs)* (1901 / 1902).
   Huile sur toile 66 x 76 cm
   Signature P Gauguin (coin inférieur gauche)

10. **Vincent van Gogh**, *Nature Morte Cafetière* (1888).
    Huile sur toile 65 x 81 cm
    Signature Coin supérieur gauche : Vincent

11. **Vincent van Gogh**, *Zinnias* (1888).
    Huile sur toile, 64 x 49,5 cm

12. **Vincent van Gogh**, *Les Alyscamps* (1888).
    Huile sur toile, 93 x 72 cm ,

13. **Vincent van Gogh**, *La cueillette des olives* (1889).
    Huile sur toile 73 x 92,7 cm

14. **Henri de Toulouse Lautrec**, *Femme dans le jardin de Monsieur Forest* (1891).
    Huile sur toile, 60,5 x 54
    Signature : T-Lautrec, coin inférieur gauche.

15. **Pierre Bonnard**, *La sortie de la Baignoire* (1926 – 1930).
    Huile sur toile, 129 x 123
    Signature dans le coin supérieur gauche : Bonnard

16. **Pablo Picasso**, *Jeune homme au bouquet* (1905).
    Huile sur toile, 64 x 54 cm
    Signature : Picasso 1904

17. **Pablo Picasso**, *femmes nues aux bras levés* (1907).
    Huile sur toile, 150 x 100
    Signature coin supérieur gauche : Picasso

18. **Fernand Léger**, *Éléments Mécaniques* (1919).
    Huile sur toile, 92 x 73
    Date et signe dans le coin inférieur droit : F. LEGER 19

7

19. **Georges Braque**, *La Patience* (1942).
Huile sur toile, 145 x 113 cm
Signée « G BRAQUE » dans le coin inférieur gauche.

20. **Joan Miró**, *Paysage (La Sauterelle)* (1942).
Huile sur toile, 114 x 146 cm
Datée dans le coin inférieur gauche : 1926
Les lettres de la signature « J-O-A-n-M-I-r-o » sont
dispersées dans l'oeuvre et sont parties de sa synthèse.

21. **Wassily Kandinsky**, *Beide gestreift* (1932).
Huile et gouaches sur carton, 80 x 70 cm
Signature : Monogramme de l'artiste en schéma
triangulaire.
Datée : angle inférieur gauche K32

22. **Paul Klee**, *Dynamik eines Kopfes* (1934).
Huile sur toile en coton préparée à l'huile, 65 x 50 cm
Datation et signature sur l'envers de l'oeuvre : 1934 Klee

23. **Max Ernest**, *Pendant que la terre dort* (1956).
Huile sur toile, 92 x 116 cm
Datation et signature : Coin inférieur droit : Max Ernst
1956

24. **Alberto Giacometti** (1956).
Bronze 0/6, 111 cm, Fondeur Susse
Signature et numérotation sur le côté de la base (arrière
droit) Alberto Giacometti, 0/6

25. **Alberto Giacometti**, *Portrait de Yanaïhara* (1960).
Huile sur toile, 92 x 73 cm
Signature et datation dans le coin inférieur droit : Alberto
Giacometti, 1960

27. **Francis Bacon**, *Three studies for self portrait* (1972).
Huiles sur toile, 35,5 x 30,5 cm
signature et datation au dos de chacune.

28. **Jason Pollock**, *Number 13* (1950).
Huile sur Pavatex, 56,5 x 56,5 cm
Datation et signature au coin inférieur droit, 50J Pollock

8

29. **Balthus,** *Paysage de Montecalvello* (1979).
130 x 162 cm

30. El Greco, *La Santa Faz* (1580).

Preuve :　　Pièces 1, 4, 5 et Témoins.

24.-　　　　N'ont pas non plus été compris dans l'inventaire dressé par l'Office de Paix du cercle de Lausanne le 20 juillet 2001 les autres objets d'art suivants.

1. **Balthus,** *Jeune fille levant les bras.*
Dessin 49.5 x 34 cm sans cadre

2. **Fernando Botero,** *Sunflowers.*
Crayon sur papier Japon 65 x 49 cm sans cadre

3. **Fernando Botero,** *Nature morte* (1980).
Sanguine sur papier Japon 49 x 65 cm, sans cadre

4. **Fritz Hundertwasser,** *99 têtes* (1952).
Huile sur panneau 80 x 275 cm

5. **Fritz Hundertwasser,** *Crucifix.*
Huile sur panneau 85 x 73 avec cadre

6. **Nicholas Krushenick,** *Rock Soup* (1971).
Sérigraphie 2/380, 38,5 x 30,5cm

7. **K.R.H Sonderborg,** (1977).
Lithographie originale 2/380, 55 x 39 cm

8. **Vieira da Silva,** *Les piétons de noël.*
Lithographie, 40 x 33.5cm avec cadre

9. **George Braque,** *Verre et Pichet.*
Lithographie, 37 x 28,5 cm

10. **Jean Planque,** aquarelle dédicacée à M. Goulandris.
51.5 x 38 dans verre

9

11. **Marc Tobbey.**
    Gravure 10./200, avec dédicace : A M et Mme PBG (faite en août 1972) 36,4 x 47,5 avec cadre

12. **B. Knaus,** *Portrait de M et Mme BPG* (1976).
    Dessin crayon, 121 x 90,5cm

13. **Inconnu,** *Pot avec fleurs.*
    Gravure en couleur, tirage 130/150   95 x 75,5cm

14. **Ariane Laroux,** *Verrières.*
    Dessin 1976, 50 x 64.5cm

15. **Ariane Laroux,** *Ouverture.*
    Dessin 1976, 64.5 x 50cm

16. **Riley Von Bridget.**
    Sérigraphie originale, 1975 66 x 38 cm

17. **L. Goulandris,** sans titre.
    Huile sur toile 66 x 56 cm

18. **L. Goulandris,** sans titre.
    Huile sur toile 78.5 cm x 97.5cm

19. **Maurice de Vlaminck,** *Nature morte.*
    Huile sur toile, 80 x 92,5cm

20. **Bernard Lorjou.**
    Huile sur toile, 73 x 83 cm, avec cadre

21. **Trois enluminures indiennes** (39.5 x 29cm avec cadre, 39.5 x 29 avec cadre et 41 x 26cm avec cadre).

22. **14 Estampes japonaises** (femme) avec cadre.

23. **une estampe motif fleurs** (48 x 28 cm avec cadre).

24. **23 estampes motif oiseaux** (41 x 34 cm avec cadre).

25. **21 estampes Mishima** (48.5 x 34cm avec cadre).

N2944    P. 11

10

26. Une estampe Kusatsu (Premier tirage ?) (48.5 x 33.5 cm avec cadre).

27. Hokusai.
28 estampes japonaises encadrées (49.5 x 37.5 cm avec cadre).

28. Mikhael Tombros.
Sculpture en bois.

29. Mikhael Tombros.
Sculpture en bronze.

30. Sculpture sur base de pierre avec figure de Pégase.

31. Sculpture en terre cuite de personnage jouant de la flûte.

32. Barbara Heptworth.
Sculpture en marbre blanc posée sur socle (78 x 58 x 45 cm).

33. Sculpture en bois avec socle noir (hauteur avec socle 28cm).

34. Mikhael Tombros, *Les deux sœurs*.
Sculpture en marbre blanc (34 x 20 x 63 cm avec socle.)

35. Petite sculpture en forme de tête Mitoraj sur socle noir. (Hauteur = 21 cm avec socle).

36. Petite sculpture en bronze de Gaiatis. (8.5 x 8 cm).

37. Sethko, *Le Chat*. (68 x 98cm).

38. Œuvre composée de deux objets en ivoire (forme de dents) montés sur un panneau en velours vert.

39. 18 estampes japonaises (Salon Lausanne) (38 x 49.5cm).

40. 3 estampes japonaises (61 x 31cm).

11

41. 1 estampe japonaise (63 x 28 cm).

42. Max Bill (1979).
    Sérigraphie 380/2 (23 x 33 cm).

43. Joseph Albers (1972).
    Sérigraphie 380/2.

44. A. Nomikos, *Portrait d'Elise B. Goulandris* (1956).
    87 x 14 avec cadre.

45. A. Nomikos, *Portrait de Chryssi Goulandris* (1956).
    75 x 63cm avec cadre.

46. C. Lebreton, Portrait d'Elise B. Goulandris.
    Huile sur toile, 87 x 103cm avec cadre.

47. Jean François Millet.
    Gravure, 50 x 43cm.

Preuve :        Pièces 1, 4, 5 et Témoins.

25.-        Les    titres    de    la    société    BLUE    HORIZONS
CORPORATION, ayant son siège au Libéria, avaient appartenu au
défunt mari de la demanderesse jusqu'à ce qu'il décède.

Preuve :        Expertise.

~~26.-        Ils appartenaient à la demanderesse à son décès.~~

Preuve :        Expertise.

27.-        Les œuvres d'art et objets d'art énumérés aux allégués 23
et 24 ci-dessus étaient tous, à son décès, en possession de Mme Elise
GOULANDRIS.

Preuve :        Témoins.

28.-        Les œuvres d'art (sculptures et tableaux) mentionnés à
l'allégué 23 garnissaient le chalet dont Mme Elise GOULANDRIS était
propriétaire dans l'Oberland bernois.

12

Preuve :        Témoins.

29.-        Les objets d'art mentionnés à l'allégué 24 garnissaient les appartements dont Mme Elise GOULANDRIS avait la jouissance à Lausanne et à Paris.

Preuve :        Témoins.

30.-        La défunte, Mme Elise GOULANDRIS, était, à son décès, propriétaire des biens mentionnés aux allégués 23 et 24.

Preuve :        Appréciation.

31.-        L'exécuteur testamentaire avait constitué des lots en vue de l'attribution à la demanderesse et à ses colégataires d'autres biens mobiliers garnissant les appartements de Lausanne et de Paris de Mme Elise GOULANDRIS.

Preuve :        Témoins.

32.-        L'exécuteur testamentaire a jusqu'ici retenu ceux des lots ainsi constitués revenant à la demanderesse.

Preuve :        Témoins.

---

## CONCLUSIONS

Fondée sur ce qui précède, la demanderesse conclut, avec suite de frais et dépens, à ce qu'il plaise à la Cour Civile du Tribunal Cantonal, par jugement:

I.    Constater que tous les biens rentrant dans la succession de feue Mme Elise GOULANDRIS qui ne sont pas de nature

13

immobilière sont légués et doivent être délivrés aux nièces de feue Mme Elise GOULANDRIS, dont la demanderesse, à l'exception des objets d'art antiques, savoir remontant à l'époque gréco-romaine;

II.  Condamner la Fondation Elise GOULANDRIS à délivrer à la demanderesse les lots correspondant an sixième des biens mobiliers provenant des appartements de Lausanne et de Paris de feue Mme Elise GOULANDRIS, tels qu'ils ont été constitués;

III.  Condamner la Fondation Elise GOULANDRIS à délivrer à Mme Evanthie KARADONTIS, à Mme Elise KARADONTIS, M. Robert KARADONTIS et M. Edouard KARADONTIS, ainsi qu'à Mme Evanthie VEROUTIS et Mme Aspasia ZAIMIS, les biens mobiliers suivants:

-  Les titres qui, au décès de Mme Elise GOULANDRIS, se trouvaient sous dossier nominatif N° 0243-GO 550 405, auprès d'UBS SA, soit le produit de leur éventuelle vente ou éventuel remploi;

-  Les titres qui, au décès de Mme Elise GOULANDRIS, se trouvaient sous dossier titres N°69432890851, auprès de Barclays Bank à Paris, soit le produit de leur éventuelle vente ou éventuel remploi;

-  1'275 actions au porteur de la société RHEA SA, Fribourg, d'une valeur nominale de CHF 1'000.- ;

-  les titres de la société BLUE HORIZONS CORPORATION, Libéria ;

-  les œuvres d'art et objets d'art suivants:

1.  **Edgar Degas**, *Cheval à l'abreuvoir* (1866/1868). Bronze (patine marron foncé), 13j 17x23x13 cm.

2.  **Edgar Degas**, *Petite danseuse de quatorze ans* (1880/1881). Bronze, Cire perdue A-N 302400, 99 cm.

14

3. **Paul Cézanne**, *La Campagne d'Auvers sur Oise* (1881/1882).
Huile sur toile, 1881/1882 92,5 x 73,5 cm.

4. **Paul Cézanne**, *Portrait de l'artiste regardant par-dessus l'épaule.* (1883 / 1884).
Huile sur toile, 85 x 85 cm.

5. **Paul Cézanne**, *L'église de Montigny sur Loing* (1898).
Aquarelle et crayon sur papier, 44,5 x 32,4 cm.

6. **Auguste Rodin**, *L'éternel printemps* (1884).
Bronze (patine Marron), 66 x 49x5 x 42 cm
Signé Rodin, fondeur Barbedienne (numéro fonderie 55592).

7. **Claude Monet**, *Cathédrale de Rouen le matin (dominante Rose)* (1894).
Huile sur toile, 100 x 65 cm
Signé et daté : « Claude Monet 94 », coin inférieur gauche.

8. **Paul Gauguin**, *Hina* (1892/ 1893).
Bronze 1/6, 37 cm (Numéro sur la base 1/6), (C. Valsuani, cire perdue).

9. **Paul Gauguin**, *Nature morte aux pamplemousses, (Nature morte aux pommes et aux fleurs)* (1901 / 1902).
Huile sur toile 66 x 76 cm
Signature P Gauguin (coin inférieur gauche).

10. **Vincent van Gogh**, *Nature Morte Cafetière* (1888).
Huile sur toile 65 x 31 cm
Signature Coin supérieur gauche : Vincent.

11. **Vincent van Gogh**, *Zinnias* (1888).
Huile sur toile, 64 x 49,5 cm.

12. **Vincent van Gogh**, *Les Alyscamps* (1888).
Huile sur toile, 93 x 72 cm.

re2944    P. 16/72

*15*

13. **Vincent van Gogh**, *La cueillette des olives* (1889).
Huile sur toile 73 x 92,7 cm.

14. **Henri de Toulouse Lautrec**, *Femme dans le jardin de Monsieur Forest* (1891).
Huile sur toile, 60,5 x 54
Signature : T-Lautrec, coin inférieur gauche.

15. **Pierre Bonnard**, *La sortie de la Baignoire* (1926 – 1930).
Huile sur toile, 129 x 123
Signature dans le coin supérieur gauche : Bonnard.

16. **Pablo Picasso**, *Jeune homme au bouquet* (1905).
Huile sur toile, 64 x 54 cm
Signature : Picasso 1904

17. **Pablo Picasso**, *Femmes nues aux bras levés* (1907).
Huile sur toile, 150 x 100
Signature coin supérieur gauche : Picasso.

18. **Fernand Léger**, *Éléments Mécaniques* (1919).
Huile sur toile, 92 x 73
Date et signe dans le coin inférieur droit : F. LEGER
19.

19. **Georges Braque**, *La Patience* (1942).
Huile sur toile, 145 x 113 cm
Signée « G BRAQUE » dans le coin inférieur gauche.

20. **Joan Miró**, *Paysage (La Sauterelle)* (1942).
Huile sur toile, 114 x 146 cm
Datée dans le coin inférieur gauche : 1926
Les lettres de la signature « J-O-A-n-M-I-r-o » sont dispersées dans l'oeuvre et sont parties de sa synthèse.

21. **Wassily Kandinsky**, *Beide gestreift* (1932).
Huile et gouaches sur carton, 80 x 70 cm
Signature : Monogramme de l'artiste en schéma triangulaire.

16

Datée : angle inférieur gauche K32.

22. **Paul Klee**, *Dynamik eines Kopfes* (1934).
Huile sur toile en coton préparée a l'huile. 65 x 50 cm.
Datation et signature sur l'envers de l'œuvre : 1934 Klee.

23. **Max Ernest**, *Pendant que la terre dort* (1956).
Huile sur toile, 92 x 116 cm.
Datation et signature : Coin inférieur droit : Max Ernst 1956.

24. **Alberto Giacometti** (1956).
Bronze 0/6, 111 cm Fondeur Susse.
Signature et numérotation sur le cote de la base (arrière droit) Alberto Giacometti, 0/6.

25. **Alberto Giacometti**, *Portrait de Yanaihara* (1960).
Huile sur toile, 92 x 73 cm.
Signature et datation dans le coin inférieur droit : Alberto Giacometti, 1960.

27. **Francis Bacon**, *Three studies for self portrait* (1972).
Huiles sur toile, 35,5 x 30,5 cm
signature et datation au dos de chacune.

28. **Jason Pollock**, *Number 13* (1950).
Huile sur Pavatex, 56,5 x 56,5 cm
Datation et signature au coin inférieur droit, 50J Pollock.

29. **Balthus**, *Paysage de Montecalvello* (1979).
130 x 162 cm

30. **El Greco**, *La Santa Faz* (1580).

- les œuvres d'art et objets d'art suivants, qui décoraient les appartements de Lausanne et de Paris :

1. **Balthus**, *Jeune fille levant les bras*.
Dessin 49.5 x 34 cm sans cadre

N°944    P.1B/

17

2. **Fernando Botèro,** *Sunflowers.*
   Crayon sur papier Japon 65 x 49 cm sans cadre.

3. **Fernando Botero,** *Nature morte* (1980).
   Sanguine sur papier Japon 49 x 65 cm, sans cadre.

4. **Fritz Hundertwasser,** *99 têtes* (1952).
   Huile sur panneau 80 x 275 cm.

5. **Fritz Hundertwasser,** *Crucifix.*
   Huile sur panneau 85 x 73 avec cadre.

6. **Nicholas Krushenick,** *Rock Soup* (1971).
   Sérigraphie 2/380, 38,5 x 30,5cm.

7. **K.R.H Sonderborg,** (1977).
   Lithographie originale 2/380, 55 x 39 cm.

8. **Vieira da Silva,** *Les piétons de noël.*
   Lithographie, 40 x 33.5cm avec cadre.

9. **George Braque,** *Verre et Pichet.*
   Lithographie, 37 x 28,5 cm.

10. **Jean Planque,** aquarelle dédicacée à M. Goulandris.
    51.5 x 38 dans verre.

11. **Marc Tobbey.**
    Gravure 10 /200 Avec dédicace : « A M et Mme
    PBG (faite en août 1972) 36,4 x 47,5 avec cadre.

12. **B. Knaus,** *Portrait de M et Mme BPG* (1976).
    Dessin crayon, 121 x 90,5cm.

13. **Inconnu,** *Pot avec fleurs.*
    Gravure en couleur, tirage 130/150  95 x 75,5cm.

14. **Ariane Laroux,** *Verrières.*
    Dessin 1976, 50 x 64.5cm.

15. **Ariane Laroux,** *Ouverture.*
    Dessin 1976, 64.5 x 50cm.

N°944   P. 19/

**18**

16. **Riley Von Bridget**
    Sérigraphie originale, 1975 66 x 38 cm.

17. **L. Goulandris,** sans Titre.
    Huile sur toile 66 x 56 cm.

18. **L. Goulandris,** sans titre.
    Huile sur toile 78.5 cm x 97.5cm.

19. **Maurice de Vlaminck,** *Nature morte.*
    Huile sur toile, 80 x 92,5cm.

20. **Bernard Lorjou**
    Huile sur toile, 73 x 83 cm, avec cadre.

21. **Trois enluminures indiennes** (39.5 x 29cm avec cadre, 39.5 x 29 avec cadre et 41 x 26cm avec cadre).

22. **14 Estampes japonaises** (femme) avec cadre.

23. **une estampe motif fleurs** (48 x 28 cm avec cadre).

24. **23 estampes motif oiseaux** (41 x 34 cm avec cadre).

25. **21 estampes Mishima** (48.5 x 34cm avec cadre).

26. **Une estampe Kusatsu** (Premier tirage ?) (48.5 x 33.5 cm avec cadre).

27. **Hokusai**
    28 estampes japonaises encadrées (49.5 x 37.5 cm avec cadre).

28. **Mikhael Tombros**
    Sculpture en bois.

29. **Mikhael Tombros**
    Sculpture en bronze.

30. **Sculpture sur base de pierre avec figure de Pégase.**

NO944    P.29/2

19

31. Sculpture en terre cuite de personnage jouant de la flûte.

32. **Barbara Heptworth**
Sculpture en marbre blanc posée sur socle (78 x 58 x 45 cm).

33. Sculpture en bois avec socle noir (hauteur avec socle 28cm).

34. **Mikhael Tombros**, *Les deux sœurs*.
Sculpture en marbre blanc (34 x 20 x 63 cm avec socle).

35. Petite sculpture en forme de tête Mitoraj sur socle noir. (Hauteur = 21 cm avec socle).

36. Petite sculpture en bronze de Galatis (8.5 x 8 cm).

37. **Sethko**, *Le Chat*
(68 x 98cm)

38. Œuvre composée de deux objets en ivoire (forme de dents) montés sur un panneau en velours vert.

39. 18 estampes japonaises (Salon Lausanne) (38 x 49.5cm).

40. 3 estampes japonaises (61 x 31cm).

41. 1 estampe japonaise (63 x 28 cm).

42. **Max Bill (1979)**
Sérigraphie 380/2 (23 x 33 cm).

43. **Joseph Albers (1972)**
Sérigraphie 380/2.

44. **A. Nomikos**, *Portrait d'Elise B. Goulandris* (1956)
87 x 14 avec cadre.

45. **A. Nomikos**, *Portrait de Chryssi Goulandris* (1956)
75 x 63cm avec cadre.

20

46. C. Lebreton, Portrait d'Elise B. Goulandris
    Huile sur toile, 87 x 103cm avec cadre.

47. Jean François Millet
    gravure, 50 x 43cm.

et tous autres biens mobiliers qui appartenaient à feue Mme
Elise GOULANDRIS au moment de son décès et n'étaient
pas des pièces antiques de valeur, propres à un musée, ni
n'ont été compris dans les lots des biens de Lausanne et
Paris destinés à être distribués aux légataires.

IV.    Déclarer le jugement opposable à l'exécuteur testamentaire désigné
       par Mme Elise GOULANDRIS.

Lausanne, le 4 février 2005

Le conseil de la requérante :

Christian Fischer, av.

Annexe : un onglet de pièces selon bordereau

N°944    P.22/22

Christian FISCHER
DOCTEUR EN DROIT
AVOCAT
LAUSANNE



## ZAIMIS Aspasia c/ Fondation Elise GOULANDRIS et consort.

## BORDEREAU N°1 des pièces de la demanderesse

### Pièces produites par Madame Aspasia ZAIMIS avec sa Demande à la Cour Civile du Tribunal cantonal du Canton de Vaud.

| | | |
|---|---|---|
| 1.- | al. 1, 2, 3, 11, 12, 19, 21, 23, 24 | Inventaire du 20 juillet 2001 de l'office de Paix du Cercle de Lausanne. |
| 2..- | al. 1, 4, 5, 6, 8, 9, 17 | Photocopie du Testament olographe de Mme Elise Goulandris, avec traduction et mot d'envoi de l'Office de Paix du Cercle de Lausanne. |
| 3.- | al. 13 | Extrait Internet du registre du Commerce de Fribourg concernant RHEA SA. |
| 4.- | al. 16, 23, 24 | Lettre du notaire Verrey à l'avocat Monfrini du 3 mai 2004. |
| 5.- | al. 23, 24 | Copie de la lettre de l'avocat Monfrini au notaire Verrey, du 23 mars 2004. |

Lausanne, le 4 février 2005

Le conseil de la requérante

Christian Fischer, av.

*TRANSLATION of the complaint for the declaration of rights and of delivery of legacy* ⏐
*filed by Mrs Aspasia Zaimis*

Christian FISHER
PhD in Law
Attorney
Lausanne

# COMPLAINT FOR THE DECLARATION OF RIGHTS
# AND OF DELIVERY OF LEGACY

## to the

## Civil Court of the Cantonal Tribunal
## of the Vaud Canton

**For:**

> **Mrs. Aspasia ZAIMIS,** born VEROUTIS whose official address is 14, street Rigilis, 10674 Athens, Greece, represented by Attorney Christian Fisher, Juste Olivier 9, 1006 Lausanne

**Against:**

1. **Foundation Elise GOULANDRIS,** foundation whose registered office is 6, street Panou Aravantinou, 10672 Athens, Greece and whose Attorney is Jean-Christophe Discrens, 1 place Bel-Aire / Metropole, 1002 Lausanne and to be notified to Mr. Eftathios KARADONTIS, chairman of the board of administration, 6, street Panou Aravantinou, 10672 Athens

2. **Mr. Kyriakos KOUTSOUMALLIS** whose official address is 6, street Panou Aravantinou, 10672 Athens, Greece.

## 1    FACTS

1.  July the 25th of 2000, Mrs. Elise GOULANDRIS, aunt of Mrs. Aspasia ZAIMIS born VEROUTIS, died in Athens, Greece.

Proof:    Exhibits 1, 2 and witnesses.

2.  Late Mrs. Elise GOULANDRIS had her official address Ch. de Beau-Rivage in Lausanne

Proof:    Exhibit 1.

3.  She was the widow of the Greek ship-owner, Basile GOULANDRIS.

Proof:    Exhibit 1.

4.  By a written will dated October, 7th, 1997 and approved on September 11th, 2000, by the "Juge de Paix du Cercle de Lausanne", the deceased instituted the Foundation Elise GOULANDRIS as her heiress.

Proof:    Exhibit 2.

5.  The deceased bequeathed furthermore movable possessions and real estate to her brother and to her four nieces amongst whom the Petitioner Aspasia ZAIMIS.

Proof:    Exhibit 2.

6.  The testator appointed the Defendant Kyriacos KOUTSOUMALIS as the executor of the will.

Proof:    Exhibit 2 and witnesses.

7.  He was and is still the head manager of the Foundation Elise GOULANDRIS.

Proof:    Witnesses.

8.  In her will dated October 7th, 1997, Mrs. Elise GOULANDRIS stipulated that among the movable properties owned by her, the executor of the will shall separate whatever he considers to be antiquarian objects of value that are suitable for a museum and she decided that these objects should go to be the Defendant Foundation, the rest of them should go to her four nieces, Evanthia KARADONTIS daughter of Panteli for 1/3, to Elise KARADONTIS daughter of Efstathios, and her brothers for 1/3 and to Aspasia and Evanthie VEROUTIS daughter of Alexander, for 1/3 for the both of them.

Proof:    Exhibit 2.

9.  In accordance with article 558 para. 1 of the Civil Code and article 536 of the Code of the Civil Procedure of the Canton of Vaud, the "Office de Paix du Cercle de

*TRANSLATION of the complaint for the declaration of rights and of delivery of legacy   3
filed by Mrs Aspasia Zaimis*

Lausanne" communicated the clauses of the will to the eligible parties during May 2001.

Proof:   Exhibit 2.

10.   Straightaway, problems arose between the Foundation Elise GOULANDRIS and the legatees concerning the interpretation of the will and more especially on the notion of movable properties and of "antiquarian objects of value that are suitable for a museum" as well as the composition of the inheritance.

Proof:   Witnesses.

11.   Based on the elements given by the executor of the will, the "Office de Paix du Cercle de Lausanne" established on July 20th, 2001 an inventory of the possessions of the deceased's inheritance.

Proof:   Exhibit 1 and witnesses.

12.   Among the properties listed in the inventory one finds 1 275 shares of RHEA SA with a face value of FF 1 000 each.

Proof:   Exhibit 3.

13.   They are bearer shares constituting the totality of the share capital of the company RHEA SA whose registered office is in Fribourg.

Proof:   Exhibit 3.

14.   They are movables…

Proof:   Assessment.

15.   And obviously not antiquarian objects.

Proof:   Assessment.

16.   The lawyer in Lausanne Mr. Olivier VERREY, acting as a limited proxy of the executor, claimed these shares not to have been bequeathed.

Proof:   Exhibit 4.

17.   In her will, Mrs. Elise GOULANDRIS had shown however her will to bequeath her movable properties except the antiquarian objects suitable for a museum to her nieces in whom the Petitioner.

Proof:   Exhibit 2 and assessment.

18.   An antiquarian object, in the meaning of Mrs. Elise GOULANDRIS's will, is to be understood as objects of art dating to the Greco-roman period.

*TRANSLATION of the complaint for the declaration of rights and of delivery of legacy*    4
*filed by Mrs Aspasia Zaimis*

Proof:      Assessment and subsidiarily the expert's appraisal.

19.      Ms. Elise GOULANDRIS owned among others at her decease:
-      One "dossier de titres nominatif" (i.e. named account of securities) n°0243-GO550405 in the UBS SA Bank.
-      One "dossier de titres" (i.e. account of securities) n° 6943290851 in the Barclays Bank in Paris.

Proof:      Exhibit 1.

20.      The securities under those "dossiers" (i.e. named account) are movables.

Proof:      Assessment and subsidiarily the expert's appraisal.

21.      These "dossier de titres" (i.e. account of securities) were listed in the inventory of the possessions of Mrs. Elise GOULANDRIS's inheritance...

Proof:      Exhibit 1.

22.      But had not been delivered yet to the legatees.

Proof:      Lack of contrary proof.

23.      The following movables weren't listed in the inventory settled on July 20th, 2001 by the "Office de Paix du Cercle de Lausanne":

-      The securities of the company BLUE HORIZONS COPORATION in Liberia.
-      The following works of art:

1.      **Edgar Degas**, *Cheval a l'abreuvoir* (1866/1868).
Bronze (with dark brown patina), 13j 17 x 23 x 13 cm

2.      **Edgar Degas**, *Petite danseuse de quatorze ans* (1880/1881).
Bronze cire perdue, A-N 302400, 99 cm

3.      **Paul Cézanne**, *La Campagne d'Auvers sur Oise* (1881/1882).
Oil on canvas, 1881/1882 92,5 x 7,5 cm

4.      **Paul Cézanne**, *Portrait de l'artiste regardant par-dessus l'épaule* (1883/1884).
Oil on canvas, 85 x 85 cm

5.      **Paul Cézanne**, *L'église de Montigny sur Loing* (1898).
Watercolor and pencil on paper, 44,5 x 32,4 cm

6.      **Auguste Rodin**, *L'éternel printemps* (1884).
Bronze (with brown patina), 66 x 49 x 5 x 42 cm

*TRANSLATION of the complaint for the declaration of rights and of delivery of legacy    5*
*filed by Mrs Aspasia Zuimis*

Signed Rodin, Barbedienne Foundeur (number of foundry 55592)

7.  **Claude Monet**, *Cathédrale de Rouen le matin (dominante rose)* (1894).
    Oil on canvas, 100 x 65 cm
    Signed and dated "Claude Monet 94", left bottom corner.

8.  **Paul Gauguin**, *Hina* (1892/1893)
    Bronze 1/6, 37 cm. (Number on the base 1/6), (C. Valsuani, cire perdue)

9.  **Paul Gauguin**, *Nature morte aux pamplemousses, (Nature morte aux pommes et aux fleurs)* (1901/1902).
    Oil on canvas, 66 x 76 cm
    Signature P Gauguin (left bottom corner).

10. **Vincent van Gogh**, *Nature Morte Cafetière* (1888).
    Oil on canvas, 65 x 81 cm
    Signature left top corner: Vincent.

11. **Vincent van Gogh**, *Zinnias* (1888).
    Oil on canvas, 64 x 49,5 cm

12. **Vincent van Gogh**, *Les Alyscamps* (1888).
    Oil on canvas, 93 x 72 cm ,

13. **Vincent van Gogh**, *La Cueillette des olives* (1889).
    Oil on canvas, 73 x 92,7 cm

14. **Henri de Toulouse Lautrec**, *Femme dans le jardin de Monsieur Forest* (1891).
    Oil on canvas, 60,5 x 54
    Signature: T-Lautrec, left bottom corner.

15. **Pierre Bonnard**, *La sortie de la Baignoire* (1926-1930).
    Oil on canvas, 129 x 123 cm
    Signature on the left top corner : Bonnard

16. **Pablo Picasso**, *Jeune homme au bouquet* (1905).
    Oil on canvas, 64 x 54 cm
    Signature: Picasso 1904

17. **Pablo Picasso**, *Femmes nues aux bras levés* (1907).
    Oil on canvas, 150 x 100
    Signature on the left top corner: Picasso

18. **Fernand Léger**, *Eléments Mécaniques* (1919).
    Oil on canvas, 92 x 73
    Dated and signed on the right bottom corner: F. LEGER 19

*TRANSLATION of the complaint for the declaration of rights and of delivery of legacy*     6
*filed by Mrs Aspasia Zaimis*

19. **Georges Braque**, *La Patience* (1942).
    Oil on canvas, 145 x 113 cm
    Signed "G. BRAQUE" on the left bottom corner.

20. **Joan Miró**, *Paysage (La Sauterelle)* (1942).
    Oil on canvas, 114 x 146 cm
    Dated on the left bottom corner: 1926
    The letters of the signature "J-O-A-n-M-I-r-o" are dispersed on
    the canvas and starts from its synthesis.

21. **Wassily Kandinsky**, *Beide gestreift* (1932).
    Oil and gouache on cardboard, 80 x 70 cm.
    Signature: Monogram of the artist in a triangular diagram.
    Dated: left bottom corner K32

22. **Paul** Klee, *Dynamik eines Kopfes* (1934).
    Oil on oiled cotton fabric, 65 x 50 cm
    Dating and signature on the back of the canvas: 1934 Klee

23. **Max Ernst**, *Pendant que la Terre dort* (1956).
    Oil on canvas, 92 x 116 cm
    Dating and signature: right bottom Corner: Max Ernst 1956

24. **Alberto Giacometti**, (1956).
    Bronze 0/6, Height: 111 cm, Founder Susse
    Signed and numbered on the side of the base (on the back on the
    right) Alberto Giacometti, 0/6

25. **Alberto Giacometti**, *Portrait de Yanaihara* (1960).
    Oil on canvas, 92 x 73 cm
    Signature and dating on the right bottom corner: Alberto
    Giacometti, 1960

27. **Francis Bacon**, *Three Studies for Self Portrait*, (1972).
    Oils on canvas, 35,5 x 30.5 cm
    Signature and dating on the back of each panel.

28. **Jackson Pollock**, *Number 13*, (1950).
    Oil on "Pavatex", 56,5 x 56., cm
    Dating and signature on the right bottom corner, 50J Pollock

29. **Balthus**, *Paysage de Montecalvello* (1979).
    130 x 162 cm.

30. **El Greco**, *La Santa Faz* (1580).

Proof:     Exhibits 1, 4, 5 and witnesses.

*TRANSLATION of the complaint for the declaration of rights and of delivery of legacy*    7
*filed by Mrs Aspasia Zaimis*

24.  Neither were listed in the inventory settled on July 20th, 2001 by the "Office de Paix du Cercle de Lausanne" the other following objects of art:

1. **Balthus**, *Jeune fille levant les bras*.
   Drawing 49,5 x 34 cm without frame

2. **Fernando Botero**, *Sunflowers*.
   Pencil on Japanese paper, 65 x 49 cm without frame

3. **Fernando Botero**, *Nature Morte* (1980).
   Red chalk ("sanguine") drawing on Japanese paper, 49 x 65 cm, without frame

4. **Fritz Hundertwasser**, *99 têtes* (1952).
   Oil on panel, 80 x 275 cm

5. **Fritz Hundertwasser**, *Crucifix*.
   Oil on panel, 85 x 73, with frame

6. Nicholas Krushenick, *Rock Soup* (1971).
   Screen print 2/380, 38,5 x 30,5 cm

7. **K.R.H Sonderborg**, (1977).
   Original lithography 2/380, 55 x 39 cm

8. Vieira da Silva, *Les piétons de noël*.
   Lithography, 40 x 33,5 cm, with frame.

9. **George Braque**, *Verre et pichet*.
   Lithography, 37 x 28,5 cm

10. **Jean Planque**, watercolor, signed for M. Goulandris.
    51,5 x 38 cm, glass framing

11. **Marc Tobbey**.
    Engraving 10/200, with dedication: A M and Mme PBG (made in August 1972), 36,4 x 47,5, with frame.

12. **B. Knaus**, *Portrait de M et Mme BPG* (1976).
    Pencil drawing, 121 x 90,5 cm

13. **Unknown artist**, *Pot avec fleurs*.
    Colored engraving, print 130/150 95 x 75,5 cm

14. **Ariane Laroux**, *Verrières*.
    Drawing 1976, 50 x 64,5 cm.

15. **Ariane Laroux**, *Ouverture*.
    Drawing 1976, 64,5 x 50 cm

*TRANSLATION of the complaint for the declaration of rights and of delivery of legacy*     8
*filed by Mrs Aspasia Zaimis*

16. Riley Von Bridget.
    Original serigraphy, 1975 66 x 38 cm

17. **L. Goulandris**, untitled.
    Oil on canvas, 66 x 56 cm

18. **L. Goulandris**, untitled.
    Oil on canvas, 78,5 cm x 97,5 cm

19. **Maurice de Vlaminck**, *Nature Morte*.
    Oil on canvas, 80 x 92,5 cm

20. **Bernard Lorjou**.
    Oil on canvas, 73 x 83 cm, with frame

21. Three Indian illuminations (39,5 x 29 cm with frame, 39,5 x 29,
    with frame and 41 x 26 cm with frame).

22. 14 Japanese prints (woman), with frame.

23. One print with a flower motif (48 x 28 cm, with frame).

24. 23 prints with a bird motif (41 x 34 cm, with frame).

25. 21 Mishima prints (48,5 x 34 cm, with frame).

26. One Kusatsu print (first print?) (48,5 x 33,5 cm, with frame)

27. **Hokusai**.
    28 framed Japanese prints (49,5 x 37,5 cm, with frame).

28. **Mikhael Tombros**.
    Wood sculpture.

29. **Mikhael Tombros**.
    Bronze sculpture.

30. Sculpture made on the basis of stone with a figure of Pegasus.

31. Sculpture made of terra cotta representing a character playing
    the flute.

32. **Barbara Heptworth**.
    Sculpture made of white marble posed on a plinth (78 x 58 x 45
    cm).

33. Sculpture made of wood with a black plinth (height including
    the plinth 28 cm).

34. **Mikhael Tombros**, *Les deux soeurs*.

*TRANSLATION of the complaint for the declaration of rights and of delivery of legacy*    9
*filed by Mrs Aspasia Zaimis*

Sculpture made of white marble (34 x 20 x 63 cm including the plinth).

35. Small sculpture with a shape of a Mirotaj head on a black plinth (height = 21 cm including the plinth).

36. Small sculpture made of bronze from Gaiatis.
    (8,5 x 8 cm).

37. **Sethko**, *Le Chat*
    (68 x 98 cm).

38. Work of art composed of two objects made of ivory (with a shape of teeth) fixed on a green velvet panel.

39. 18 Japanese prints (the Lausanne exhibition)
    (38 x 49,5 cm).

40. 3 Japanese prints (61 x 31 cm).

41. 1 Japanese print (63 x 28 cm)

42. **Max Bill** (1979).
    Screen print 380/2 (23 x 33 cm).

43. **Joseph Alberts** (1972).
    Screen print 380/2.

44. **A. Nomikos**, *Portrait d'Elise B. Goulandris* (1956).
    87 x 14 cm, with frame.

45. **A. Nomikos**, *Portrait de Chryssi Goulandris* (1956).
    75 x 63 cm, with frame.

46. **C. Lebreton**, Portrait d'Elise B. Goulandris.
    Oil on canvas, 87 x 103 cm, with frame.

47. **Jean-François Millet**.
    Engraving, 50 x 43 cm.

Proof:    Exhibits 1, 4, 5 and witnesses.

25.    The securities of the Company BLUE HORIZONS COPORATION whose registered office is in Liberia had belonged to the petitioner's late husband until he deceased.

Proof:    The expert's appraisal.

26.    They belonged to the Petitioner at her decease.

*TRANSLATION of the complaint for the declaration of rights and of delivery of legacy*   10
*filed by Mrs Aspasia Zaimis*

Proof:    The expert's appraisal.

27.    The works of art and objects of art quoted on n° 23 and 24 belonged all to Mrs. Elise GOULANDRIS at her decease.

Proof:    Witnesses.

28.    The works of art (sculptures and paintings) mentioned on n° 23 furnished the cottage, in the Bernese Oberland, owned by Mrs. Elise GOULANDRIS.

Proof:    Witnesses.

29.    The objects of art mentioned at n° 24 furnished the flats Mrs. Elise GOULANDRIS had the enjoyment in Lausanne and in Paris

Proof:    Witnesses.

30.    The deceased, Mrs. Elise GOULANDRIS, was at her decease owner of the possessions mentioned at n° 23 and 24.

Proof:    Assessment.

31.    The executor has constituted batches so as to attribute them to the petitioner and to her co legatees other movable properties furnishing Mrs. Elise GOULANDRIS's flats in Lausanne and in Paris.

Proof:    Witnesses.

32.    The executor has until now held back these constituted batches to be delivered to the petitioner.

Proof:    Witnesses.

*TRANSLATION of the complaint for the declaration of rights and of delivery of legacy* 11
*filed by Mrs Aspasia Zaimis*

## CONCLUSIONS

Based on the previous elements, the petitioner concludes, with costs and expenses, to what the Civil Court of the Cantonal Tribunal of the Canton of Vaud may, by judgment:

I-   Acknowledge that all the possessions included in late Mrs. Elise GOULANDRIS's inheritance which are not immovable are bequeathed and must be delivered to late Mrs. Elise GOULANDRIS's nieces amongst whom the Petitioner, except the antiquarian objects i.e. objects dating from the Greco-roman period.

II-  Condemn the Foundation Elise GOULANDRIS to deliver to the Petitioner the batches equivalent to one sixth of the movable properties from late Mrs. Elise GOULANDRIS's flats in Lausanne and in Paris, as those batches were constituted.

III- Condemn the Foundation Elise GOULANDRIS to deliver to Mrs. Evanthie KARADONTIS, to Mrs. Elise KARADONTIS, Mr Robert KARADONTIS and Mr Edouard KARADONTIS as well as to Mrs. Evanthie VEROUTIS and to Aspasia ZAIMIS the following movable properties:

-   the securities which, at Mrs. Elise GOULANDRIS's decease were in a "dossier de titres nominatif" (i.e. named account of securities) n° 0243-GO 550405 at UBS SA bank or its price of an eventual sale or reuse;

-   the securities which, at Mrs. Elise GOULANDRIS's decease were in a "dossier de titres nominatif" (i.e. named account of securities) n° 694328960851 at Barclays Bank in Paris or its price of an eventual sale or reuse;

-   1 275 bearer shares of the company RHEA SA, Fribourg, of a face value de CHF 1 000.

-   The following works and objects of art:

    1.  **Edgar Degas**, *Cheval a l'abreuvoir* (1866/1868).
        Bronze (with dark brown patina), 13j 17 x 23 x 13 cm

    2.  **Edgar Degas**, *Petite danseuse de quatorze ans* (1880/1881).
        Bronze cire perdue, A-N 302400, 99 cm

    3.  **Paul Cézanne**, *La Campagne d'Auvers sur Oise* (1881/1882).
        Oil on canvas, 1881/1882 92,5 x 7,5 cm

    4.  **Paul Cézanne**, *Portrait de l'artiste regardant par-dessus l'épaule* (1883/1884).
        Oil on canvas, 85 x 85 cm

*TRANSLATION of the complaint for the declaration of rights and of delivery of legacy* 12
*filed by Mrs Aspasia Zaimis*

5.  **Paul Cézanne**, *L'église de Montigny sur Loing (*1898).
    Watercolor and pencil on paper, 44,5 x 32,4 cm

6.  **Auguste Rodin**, *L'éternel printemps (*1884).
    Bronze (with brown patina), 66 x 49 x 5 x 42 cm
    Signed Rodin, Barbedienne Foundeur (number of foundry
    55592)

7.  **Claude Monet**, *Cathédrale de Rouen le matin (dominante rose)*
    (1894).
    Oil on canvas, 100 x 65 cm
    Signed and dated "Claude Monet 94", left bottom corner.

8.  **Paul Gauguin**, *Hina (*1892/1893)
    Bronze 1/6, 37 cm. (Number on the base 1/6), (C. Valsuani, cire
    perdue)

9.  **Paul Gauguin**, *Nature morte aux pamplemousses. (Nature
    morte aux pommes et aux fleurs)* (1901/1902).
    Oil on canvas, 66 x 76 cm
    Signature P Gauguin (left bottom corner).

10. **Vincent van Gogh**, *Nature Morte Cafetière (*1888).
    Oil on canvas, 65 x 81 cm
    Signature left top corner: Vincent.

11. **Vincent van Gogh**, *Zinnias (*1888).
    Oil on canvas, 64 x 49,5 cm

12. **Vincent van Gogh**, *Les Alyscamps (*1888).
    Oil on canvas, 93 x 72 cm ,

13. **Vincent van Gogh**, *La Cueillette des olives (*1889).
    Oil on canvas, 73 x 92,7 cm

14. **Henri de Toulouse Lautrec**, *Femme dans le jardin de
    Monsieur Forest* (1891).
    Oil on canvas, 60,5 x 54
    Signature: T-Lautrec, left bottom corner.

15. **Pierre Bonnard**, *La sortie de la Baignoire (*1926-1930).
    Oil on canvas, 129 x 123 cm
    Signature on the left top corner : Bonnard

16. **Pablo Picasso**, *Jeune homme au bouquet (*1905).
    Oil on canvas, 64 x 54 cm
    Signature: Picasso 1904

17. **Pablo Picasso**, *Femmes nues aux bras levés (*1907).
    Oil on canvas, 150 x 100

Signature on the left top corner: Picasso

18. **Fernand Léger**, *Eléments Mécaniques* (1919).
Oil on canvas, 92 x 73
Dated and signed on the right bottom corner: F. LEGER 19

19. **Georges Braque**, *La Patience* (1942).
Oil on canvas, 145 x 113 cm
Signed "G. BRAQUE" on the left bottom corner.

20. **Joan Miró**, *Paysage (La Sauterelle)* (1942).
Oil on canvas, 114 x 146 cm
Dated on the left bottom corner: 1926
The letters of the signature "J-O-A-n-M-I-r-o" are dispersed on
the canvas and starts from its synthesis.

21. **Wassily Kandinsky**, *Beide gestreift* (1932).
Oil and gouache on cardboard, 80 x 70 cm.
Signature: Monogram of the artist in a triangular diagram.
Dated: left bottom corner K32

22. **Paul** Klee, *Dynamik eines Kopfes* (1934).
Oil on oiled cotton fabric, 65 x 50 cm
Dating and signature on the back of the canvas: 1934 Klee

23. **Max Ernst**, *Pendant que la Terre dort* (1956).
Oil on canvas, 92 x 116 cm
Dating and signature: right bottom Corner: Max Ernst 1956

24. **Alberto Giacometti**, (1956).
Bronze 0/6, Height: 111 cm, Founder Susse
Signed and numbered on the side of the base (on the back on the
right) Alberto Giacometti, 0/6

25. **Alberto Giacometti**, *Portrait de Yanaihara* (1960).
Oil on canvas, 92 x 73 cm
Signature and dating on the right bottom corner: Alberto
Giacometti, 1960

27. **Francis Bacon**, *Three Studies for Self Portrait*, (1972).
Oils on canvas, 35,5 x 30.5 cm
Signature and dating on the back of each panel.

28. **Jackson Pollock**, *Number 13*, (1950).
Oil on "Pavatex", 56,5 x 56., cm
Dating and signature on the right bottom corner, 50J Pollock

29. **Balthus**, *Paysage de Montecalvello* (1979).
130 x 162 cm.

*TRANSLATION of the complaint for the declaration of rights and of delivery of legacy*   14
*filed by Mrs Aspasia Zaimis*

30. **El Greco**, *La Santa Faz* (1580).

- The following works and objects of art which furnished the flats in Lausanne and in Paris:

1. **Balthus**, *Jeune fille levant les bras.*
   Drawing 49,5 x 34 cm without frame

2. **Fernando Botero**, *Sunflowers.*
   Pencil on Japanese paper, 65 x 49 cm without frame

3. **Fernando Botero**, *Nature Morte* (1980).
   Red chalk ("sanguine") drawing on Japanese paper, 49 x 65 cm, without frame

4. **Fritz Hundertwasser**, *99 têtes* (1952).
   Oil on panel, 80 x 275 cm

5. **Fritz Hundertwasser**, *Crucifix.*
   Oil on panel, 85 x 73, with frame

6. Nicholas Krushenick, *Rock Soup* (1971).
   Screen print 2/380, 38,5 x 30,5 cm

7. **K.R.H Sonderborg**, (1977).
   Original lithography 2/380, 55 x 39 cm

8. Vieira da Silva, *Les piétons de noël.*
   Lithography, 40 x 33,5 cm, with frame.

9. **George Braque**, *Verre et pichet.*
   Lithography, 37 x 28,5 cm

10. **Jean Planque**, watercolor, signed for M. Goulandris.
    51,5 x 38 cm, glass framing

11. **Marc Tobbey.**
    Engraving 10/200, with dedication: A M and Mme PBG (made in August 1972), 36,4 x 47,5, with frame.

12. **B. Knaus**, *Portrait de M et Mme BPG* (1976).
    Pencil drawing, 121 x 90,5 cm

13. **Unknown artist**, *Pot avec fleurs.*
    Colored engraving, print 130/150 95 x 75,5 cm

14. **Ariane Laroux**, *Verrières.*
    Drawing 1976, 50 x 64,5 cm.

15. **Ariane Laroux**, *Ouverture.*

*TRANSLATION of the complaint for the declaration of rights and of delivery of legacy*    15
*filed by Mrs Aspasia Zaimis*

Drawing 1976, 64,5 x 50 cm

16. Riley Von Bridget.
    Original serigraphy, 1975 66 x 38 cm

17. **L. Goulandris**, untitled.
    Oil on canvas, 66 x 56 cm

18. **L. Goulandris**, untitled.
    Oil on canvas, 78,5 cm x 97,5 cm

19. **Maurice de Vlaminck**, *Nature Morte*.
    Oil on canvas, 80 x 92,5 cm

20. **Bernard Lorjou**.
    Oil on canvas, 73 x 83 cm, with frame

21. Three Indian illuminations (39,5 x 29 cm with frame, 39,5 x 29,
    with frame and 41 x 26 cm with frame).

22. 14 Japanese prints (woman), with frame.

23. One print with a flower motif (48 x 28 cm, with frame).

24. 23 prints with a bird motif (41 x 34 cm, with frame).

25. 21 Mishima prints (48,5 x 34 cm, with frame).

26. One Kusatsu print (first print?) (48,5 x 33,5 cm, with frame)

27. **Hokusai**.
    28 framed Japanese prints (49,5 x 37,5 cm, with frame).

28. **Mikhael Tombros**.
    Wood sculpture.

29. **Mikhael Tombros**.
    Bronze sculpture.

30. Sculpture made on the basis of stone with a figure of Pegasus.

31. Sculpture made of terra cotta representing a character playing
    the flute.

32. **Barbara Heptworth**.
    Sculpture made of white marble posed on a plinth (78 x 58 x 45
    cm).

33. Sculpture made of wood with a black plinth (height including
    the plinth 28 cm).

*TRANSLATION of the complaint for the declaration of rights and of delivery of legacy*   16
*filed by Mrs Aspasia Zaimis*

34. **Mikhael Tombros**, *Les deux soeurs*.
    Sculpture made of white marble (34 x 20 x 63 cm including the plinth).

35. Small sculpture with a shape of a Mirotaj head on a black plinth (height = 21 cm including the plinth).

36. Small sculpture made of bronze from Gaiatis.
    (8,5 x 8 cm).

37. **Sethko**, *Le Chat*
    (68 x 98 cm).

38. Work of art composed of two objects made of ivory (with a shape of teeth) fixed on a green velvet panel.

39. 18 Japanese prints (the Lausanne exhibition)
    (38 x 49,5 cm).

40. 3 Japanese prints (61 x 31 cm).

41. 1 Japanese print (63 x 28 cm)

42. **Max Bill** (1979).
    Screen print 380/2 (23 x 33 cm).

43. **Joseph Alberts** (1972).
    Screen print 380/2.

44. **A. Nomikos**, *Portrait d'Elise B. Goulandris* (1956).
    87 x 14 cm, with frame.

45. **A. Nomikos**, *Portrait de Chryssi Goulandris* (1956).
    75 x 63 cm, with frame.

46. **C. Lebreton**, Portrait d'Elise B. Goulandris.
    Oil on canvas, 87 x 103 cm, with frame.

47. **Jean-François Millet**.
    Engraving, 50 x 43 cm.

- And all the movable properties owned by late Mrs. Elise GOULANDRIS at the moment of her deccase and were not antiquarian objects of value that are suitable for a museum nor possessions included in batches of movable properties in Lausanne or Paris to be delivered to legatees.

IV- Declare the judgment opposable to the executor of the will appointed by Mrs. Elise GOULANDRIS

*TRANSLATION of the complaint for the declaration of rights and of delivery of legacy*   17
*filed by Mrs Aspasia Zaimis*

Lausanne, February 4th, 2005.

The Petitioner's Attorney
Christian Fischer, Esq.

Add. One page of exhibits in accordance with the list

*TRANSLATION of the complaint for the declaration of rights and of delivery of legacy*   18
*filed by Mrs Aspasia Zaimis*

## ZAMIS Aspasia v. Foundation Elise GOULANDRIS and others

### List of exhibits n° 1

### Exhibits communicated by Mrs. Aspasia ZAIMIS with her request to the Civil Court of the Cantonal Tribunal of the Canton of Vaud

| | | |
|---|---|---|
| 1. | Para.1, 2, 3, 11, 12, 19, 21, 23, 24 | Inventory dated July 20th, 2001 by the Office de Paix du Cercle de Lausanne |
| 2. | Para. 1, 4, 5, 6, 8, 9, 17 | Copy of Mrs. Elise GOULANDRIS's will written, dated and signed by her with its translation and the letter from the Office de Paix du Cercle de Lausanne |
| 3. | Para. 13 | Extract from Internet of the register of Commerce of Fribourg concerning Rhea SA. |
| 4. | Para. 16, 23, 24 | Letter form the lawyer Verrey to the Attorney Monfrini dated May 3rd, 2004. |
| 5. | Para. 23, 24 | Copy of the letter from the Attorney Monfrini to the Lawyer Verrey dated March 23rd, 2004. |

Lausanne, February 4th, 2005

The Petitioner's Attorney
Christian Fischer, Esq.

B

 CANTON DE VAUD

TRIBUNAL CANTONAL

Palais de justice de l'Hermitage
Route du Signal 8
1014 Lausanne

Cour civile

A T T E S T A T I O N

Le greffier soussigné déclare que, par demande datée du 4 février 2005,
**Aspasia ZAIMIS**, née Veroutis, domiciliée à Athènes (Grèce), dont le conseil est
l'avocat Christian Fischer, à Lausanne, a ouvert action devant la Cour civile
contre La **Fondation Elise GOULANDRIS**, dont le siège est à Athènes (Grèce),
et dont le conseil est l'avocat Jean-Christophe Diserens, à Lausanne, et contre
**Kyriakos KOUTSAMALLIS**, domicilié à Athènes (Grèce). Elle a conclu, "avec
suite de frais et dépens, à ce qu'il plaise à la Cour civile du Tribunal Cantonal, par
jugement :

I.      Constater que tous les biens rentrant dans la succession de feue Mme
        Elise GOULANDRIS qui ne sont pas de nature immobilière sont légués
        et doivent être délivrés aux nièces de feue Mme Elise
        GOULANDRIS, dont la demanderesse, à l'exception des objets d'art
        antiques, savoir remontant à l'époque gréco-romaine;

II.     Condamner la Fondation Elise GOULANDRIS à délivrer à la
        demanderesse les lots correspondant au sixième des biens
        mobiliers provenant des appartements de Lausanne et de Paris de
        feue Mme Elise GOULANDRIS, tels qu'ils ont été constitués;

III.    Condamner la Fondation Elise GOULANDRIS à délivrer à Mme Evanthie KARADONTIS, à Mme Elise KARADONTIS, M. Robert KARADONTIS et M. Edouard KARADONTIS, ainsi qu'à Mme Evanthie VEROUTIS et Mme Aspasia ZAIMIS, les biens mobiliers suivants :

- Les titres qui, au décès de Mme Elise GOULANDRIS, se trouvaient sous dossier nominatif N° 0243-GO 550 405, auprès d'UBS SA, soit le produit de leur éventuelle vente ou éventuel remploi;

- Les titres qui, au décès de Mme Elise GOULANDRIS, se trouvaient sous dossier titres N°69432890851, auprès de Barclays Bank à Paris, soit le produit de leur éventuelle vente ou éventuel remploi;

- 1'275 actions au porteur de la société RHEA SA, Fribourg, d'une valeur nominale de CHF 1'000.- ;

- les titres de la société BLUE HORIZONS CORPORATION, Libéria ;

les oeuvres d'art et objets d'art suivants:

1.   **Edgar Degas,** *Cheval à l'abreuvoir* (1866/1868).
     Bronze (patine marron foncé), 13j 17x23x13 cm.

2.   **Edgar Degas,** *Petite danseuse de quatorze ans* (1880/1881).
     Bronze, Cire perdue A-N 302400, 99 cm.

3.   **Paul Cézanne,** *La Campagne d'Auvers sur Oise* (1881/1882).
     Huile sur toile, 1881/1882 92,5 x 73,5 cm.

4.   **Paul Cézanne,** *Portrait de l'artiste regardant par dessus l'épaule.* (1883 / 1884).
     Huile sur toile, 85 x 85 cm.

5.   **Paul Cézanne,** *L'église de Montigny sur Loing* (1898).
     Aquarelle et crayon sur papier, 44,5 x 32,4 cm.

6.   **Auguste Rodin,** *L'éternel printemps* (1884).
     Bronze (patine Marron), 66 x 49x5 x 42 cm
     Signé Rodin, fondeur Barbedienne (numéro fonderie 55592).

7. **Claude Monet**, *Cathédrale de Rouen le matin (dominante Rose)* (1894).
   Huile sur toile, 100 x 65 cm
   Signé et daté : « Claude Monet 94 », coin inférieur gauche.

8. **Paul Gauguin**, *Hina* (1892/ 1893).
   Bronze 1/6, 37 cm (Numéro sur la base 1/6), (C. Valsuani, cire perdue).

9. **Paul Gauguin**, *Nature morte aux pamplemousses, (Nature morte aux pommes et aux fleurs)* (1901 / 1902).
   Huile sur toile 66 x 76 cm
   Signature P Gauguin (coin inférieur gauche).

10. **Vincent van Gogh**, *Nature Morte Cafetière* (1888).
    Huile sur toile 65 x 81 cm
    Signature Coin supérieur gauche : Vincent.

11. **Vincent van Gogh**, *Zinnias* (1888).
    Huile sur toile, 64 x 49,5 cm.

12. **Vincent van Gogh**, *Les Alyscamps* (1888).
    Huile sur toile, 93 x 72 cm.

13. **Vincent van Gogh**, *La cueillette des olives* (1889).
    Huile sur toile 73 x 92,7 cm.

14. **Henri de Toulouse Lautrec**, *Femme dans le jardin de Monsieur Forest* (1891).
    Huile sur toile, 60,5 x 54
    Signature : T-Lautrec, coin inférieur gauche.

15. **Pierre Bonnard**, *La sortie de la Baignoire* (1926 - 1930).
    Huile sur toile, 129 x 123
    Signature dans le coin supérieur gauche : Bonnard.

16. **Pablo Picasso**, *Jeune homme au bouquet* (1905).
    Huile sur toile, 64 x 54 cm
    Signature : Picasso 1904

17. **Pablo Picasso**, *Femmes nues aux bras levés* (1907).
    Huile sur toile, 150 x 100
    Signature coin supérieur gauche : Picasso.

18. **Fernand Léger**, *Eléments Mécaniques* (1919).
    Huile sur toile, 92 x 73
    Date et signe dans le coin inférieur droit : F. LEGER 19.

19. **Georges Braque**, *La Patience* (1942).
    Huile sur toile, 145 x 113 cm
    Signée « G BRAQUE » dans le coin inférieur gauche.

20. Joan Miró, *Paysage (La Sauterelle)* (1942).
    Huile sur toile, 114 x 146 cm
    Datée dans le coin inférieur gauche : 1926
    Les lettres de la signature « J-O-A-n-M-I-r-o » sont
    dispersées dans l'oeuvre et sont parties de sa synthèse.

21. **Wassily Kandinsky**, *Beide gestreift* (1932).
    Huile et gouaches sur carton, 80 x 70 cm
    Signature : Monogramme de l'artiste en schéma triangulaire.
    Datée : angle inférieur gauche K32.

22. **Paul Klee**, *Dynamik eines Kopfes* (1934).
    Huile sur toile en coton préparée a l'huile. 65 x 50 cm.
    Datation et signature sur l'envers de l'oeuvre : 1934 Klee.

23. **Max Ernest**, *Pendant que la terre dort* (1956).
    Huile sur toile, 92 x 116 cm.
    Datation et signature : Coin inférieur droit : Max Ernst
    1956.

24. **Alberto Giacometti** (1956).
    Bronze 0/6, 111 cm Fondeur Susse.
    Signature et numérotation sur le cote de la base
    (arrière droit) Alberto Giacometti, 0/6.

25. **Alberto Giacometti**, *Portrait de Yanaihara* (1960).
    Huile sur toile, 92 x 73 cm.
    Signature et datation dans le coin inférieur droit :
    Alberto Giacometti, 1960.

27. **Francis Bacon**, *Three studies for self portrait* (1972).
    Huiles sur toile, 35,5 x 30,5 cm
    signature et datation au dos de chacune.

28. **Jason Pollock**, *Number 13* (1950).
    Huile sur Pavatex, 56,5 x 56,5 cm
    Datation et signature au coin inférieur droit, 50J Pollock.

29. **Balthus**, *Paysage de Montecalvello* (1979).
    130 x 162 cm

30. **El Greco**, *La Santa Faz* (1580).

- les oeuvres d'art et objets d'art suivants, qui décoraient les
  appartements de Lausanne et de Paris :

    1. **Balthus**, *Jeune fille levant les bras.*
       Dessin 49.5 x 34 cm sans cadre

    2. **Fernando Botero**, *Sunflowers.*
       Crayon sur papier Japon 65 x 49 cm sans cadre.

3. **Fernando Botero**, *Nature morte* (1980).
   Sanguine sur papier Japon 49 x 65 cm, sans cadre.

4. **Fritz Hundertwasser**, *99 têtes* (1952).
   Huile sur panneau 80 x 275 cm.

5. **Fritz Hundertwasser**, *Crucifix*.
   Huile sur panneau 85 x 73 avec cadre.

6. **Nicholas Krushenick**, *Rock Soup* (1971).
   Sérigraphie 2/380, 38,5 x 30,5cm.

7. **K.R.H Sonderborg**, (1977).
   Lithographie originale 2/380, 55 x 39 cm.

8. **Vleira da Silva**, *Les piétons de noël*.
   Lithographie, 40 x 33.5cm avec cadre.

9. **George Braque**, *Verre et Pichet*.
   Lithographie, 37 x 28,5 cm.

10. **Jean Planque**, aquarelle dédicacée à M. Goulandris.
    51.5 x 38 dans verre.

11. **Marc Tobbey**.
    Gravure 10 /200 Avec dédicace : « A M et Mme PBG
    (faite en août 1972) 36,4 x 47,5 avec cadre.

12. **B. Knaus**, *Portrait de M et Mme BPG* (1976).
    Dessin crayon, 121 x 90,5cm.

13. **Inconnu**, *Pot avec fleurs*.
    Gravure en couleur, tirage 130/150 95 x 75,5cm.

14. **Ariane Laroux**, *Verrières*.
    Dessin 1976, 50 x 64.5cm.

15. **Ariane Laroux**, *Ouverture*.
    Dessin 1976, 64.5 x 50cm.

16. **Riley Von Bridget**
    Sérigraphie originale, 1975 66 x 38 cm.

17. **L. Goulandris**, sans Titre.
    Huile sur toile 66 x 56 cm

18. **L. Goulandris**, sans titre.
    Huile sur toile 78.5 cm x 97.5cm.

19. **Maurice de Vlaminck**, *Nature morte*.
    Huile sur toile, 80 x 92,5cm.

20. **Bernard Lorjou**
    Huile sur toile, 73 x 83 cm, avec cadre.

21. Trois enluminures indiennes (39.5 x 29cm avec cadre, 39.5 x 29 avec cadre et 41 x 26cm avec cadre).

22. 14 Estampes japonaises (femme) avec cadre.

23. une estampe motif fleurs (48 x 28 cm avec cadre).

24. 23 estampes motif oiseaux (41 x 34 cm avec cadre).

25. 21 estampes Mishima (48.5 x 34cm avec cadre).

26. Une estampe Kusatsu (Premier tirage ?) (48.5 x 33.5 cm avec cadre).

27. **Hokusai**
    28 estampes japonaises encadrées (49.5 x 37.5 cm avec cadre).

28. **Mikhael Tombros**
    Sculpture en bois.

29. **Mikhael Tombros**
    Sculpture en bronze.

30. Sculpture sur base de pierre avec figure de Pégas.

31. Sculpture en terre cuite de personnage jouant de la flûte.

32. **Barbara Heptworth**
    Sculpture en marbre blanc posée sur socle (78 x 58 x 46 cm).

33. Sculpture en bois avec socle noir (hauteur avec socle 28cm).

34. Mikhael **Tombros**, *Les deux soeurs.*
    Sculpture en marbre blanc (34 x 20 x 63 cm avec socle).

35. Petite sculpture en forme de tête Mitoraj sur socle noir. (Hauteur = 21 cm avec socle).

36. Petite sculpture en bronze de Gaiatis (8.5 x 8 cm).

37. **Sethko**, *Le Chat*
    (68 x 98cm)

38. Oeuvre composée de deux objets en ivoire (forme de dents) montés sur un panneau en velours vert.

39. 18 estampes japonaises (Salon Lausanne) (38 x 49.5cm).

40. 3 estampes japonaises (61 x 31cm).

41. 1 estampe japonaise (63 x 28 cm).

42. Max **Bill** (1979)
Sérigraphie 380/2 (23 x 33 cm).

43. **Joseph Albers** (1972)
Sérigraphie 380/2.

44. **A. Nomikos**, *Portrait d'Elise B. Goulandris* (1956)
87 x 14 avec cadre.

45. **A. Nomikos**, *Portrait de Chryssi Goulandris* (1956)
75 x 63cm avec cadre

46. **C. Lebreton**, Portrait d'Elise B. Goulandris
Huile sur toile, 87 x 103cm avec cadre.

47. **Jean François Millet**
gravure, 50 x 43cm.

- et tous autres biens mobiliers qui appartenaient à feue Mme Elise GOULANDRIS au moment de son décès et n'étaient pas des pièces antiques de valeur, propres à un musée, ni n'ont été compris dans les lots des biens de Lausanne et Paris destinés à être distribués aux légataires.

IV.    Déclarer le jugement opposable à l'exécuteur testamentaire désigné par Mme Elise GOULANDRIS."


· Le greffier du Tribunal cantonal :


Lausanne, le 19 août 2005

*TRANSLATION of the certificate made by the clerk of the Cantonal Tribunal*          1

(*symbol*) The Vaud Canton
Cantonal Tribunal

Law Court of the Hermitage
Route du Signal 8
1014 Lausanne

Civil Court

## CERTIFICATE

The undersigned clerk states that, by a complaint dated February 4th, 2005, Aspasia ZAIMIS born VEROUTIS domiciled in Athens, Greece, and whose Attorney is Christian Fisher in Lausanne, has brought an action before the Civil Court against Foundation Elise GOULANDRIS whose registered office is in Athens (Greece) and whose Attorney is Jean-Christophe Discrens and against Mr. Kyriakos KOUTSOUMALLIS whose official address is in Athens (Greece). She concluded "with costs and expenses, to what the Civil Court of the Cantonal Tribunal may, by judgment" :

I-    Acknowledge that all the possessions included in late Mrs. Elise GOULANDRIS's inheritance which are not immovable are bequeathed and must be delivered to late Mrs. Elise GOULANDRIS's nieces amongst whom the Petitioner, except the antiquarian objects i.e. objects dating from the Greco-roman period.

II-    Condemn the Foundation Elise GOULANDRIS to deliver to the Petitioner the batches equivalent to one sixth of the movable properties from late Mrs. Elise GOULANDRIS's flats in Lausanne and in Paris, as those batches were constituted.

III-    Condemn the Foundation Elise GOULANDRIS to deliver to Mrs. Evanthie KARADONTIS, to Mrs. Elise KARADONTIS, Mr Robert KARADONTIS and Mr Edouard KARADONTIS as well as to Mrs. Evanthie VEROUTIS and to Aspasia ZAIMIS the following movable properties:

- the securities which, at Mrs. Elise GOULANDRIS's decease were in a "dossier de titres nominatif" (i.e. named account of securities) n° 0243-GO 550405 at UBS SA bank or its price of an eventual sale or reuse;

- the securities which, at Mrs. Elise GOULANDRIS's decease were in a "dossier de titres nominatif" (i.e. named account of securities) n° 694328960851 at Barclays Bank in Paris or its price of an eventual sale or reuse;

- 1 275 bearer shares of the company RHEA SA, Fribourg, of a face value de CHF 1 000.

*TRANSLATION of the certificate made by the clerk of the Cantonal Tribunal*                    2

    -    The following works and objects of art:

1.    **Edgar Degas**, *Cheval a l'abreuvoir* (1866/1868).
    Bronze (with dark brown patina), 13j 17 x 23 x 13 cm

2.    Edgar Degas, *Petite danseuse de quatorze ans*
    (1880/1881).
    Bronze cire perdue, A-N 302400, 99 cm

3.    **Paul Cézanne**, *La Campagne d'Auvers sur Oise*
    (1881/1882).
    Oil on canvas, 1881/1882 92,5 x 7,5 cm

4.    Paul Cézanne, *Portrait de l'artiste regardant par-dessus
    l'épaule* (1883/1884).
    Oil on canvas, 85 x 85 cm

5.    Paul Cézanne, *L'église de Montigny sur Loing* (1898).
    Watercolor and pencil on paper, 44,5 x 32,4 cm

6.    **Auguste Rodin**, *L'éternel printemps* (1884).
    Bronze (with brown patina), 66 x 49 x 5 x 42 cm
    Signed Rodin, Barbedienne Foundeur (number of foundry
    55592)

7.    **Claude Monet**, *Cathédrale de Rouen le matin (dominante rose)*
    (1894).
    Oil on canvas, 100 x 65 cm
    Signed and dated "Claude Monet 94", left bottom corner.

8.    **Paul Gauguin**, *Hina* (1892/1893)
    Bronze 1/6, 37 cm. (Number on the base 1/6), (C. Valsuani, cire
    perdue)

9.    **Paul Gauguin**, *Nature morte aux pamplemousses, (Nature
    morte aux pommes et aux fleurs)* (1901/1902).
    Oil on canvas, 66 x 76 cm
    Signature P Gauguin (left bottom corner).

10.  **Vincent van Gogh**, *Nature Morte Cafetière* (1888).
    Oil on canvas, 65 x 81 cm
    Signature left top corner: Vincent.

11.  **Vincent van Gogh**, *Zinnias* (1888).
    Oil on canvas, 64 x 49,5 cm

12.  **Vincent van Gogh**, *Les Alyscamps* (1888).
    Oil on canvas, 93 x 72 cm ,

13.  **Vincent van Gogh**, *La Cueillette des olives* (1889).

Oil on canvas, 73 x 92,7 cm

14. **Henri de Toulouse Lautrec**, *Femme dans le jardin de Monsieur Forest* (1891).
Oil on canvas, 60,5 x 54
Signature: T-Lautrec, left bottom corner.

15. **Pierre Bonnard**, *La sortie de la Baignoire* (1926-1930).
Oil on canvas, 129 x 123 cm
Signature on the left top corner : Bonnard

16. **Pablo Picasso**, *Jeune homme au bouquet* (1905).
Oil on canvas, 64 x 54 cm
Signature: Picasso 1904

17. **Pablo Picasso**, *Femmes nues aux bras levés* (1907).
Oil on canvas, 150 x 100
Signature on the left top corner: Picasso

18. **Fernand Léger**, *Eléments Mécaniques* (1919).
Oil on canvas, 92 x 73
Dated and signed on the right bottom corner: F. LEGER 19

19. **Georges Braque**, *La Patience* (1942).
Oil on canvas, 145 x 113 cm
Signed "G. BRAQUE" on the left bottom corner.

20. **Joan Miró**, *Paysage (La Sauterelle)* (1942).
Oil on canvas, 114 x 146 cm
Dated on the left bottom corner: 1926
The letters of the signature "J-O-A-n-M-I-r-o" are dispersed on the canvas and starts from its synthesis.

21. **Wassily Kandinsky**, *Beide gestreift* (1932).
Oil and gouache on cardboard, 80 x 70 cm.
Signature: Monogram of the artist in a triangular diagram.
Dated: left bottom corner K32

22. **Paul** Klee, *Dynamik eines Kopfes* (1934).
Oil on oiled cotton fabric, 65 x 50 cm
Dating and signature on the back of the canvas: 1934 Klee

23. **Max Ernst**, *Pendant que la Terre dort* (1956).
Oil on canvas, 92 x 116 cm
Dating and signature: right bottom Corner: Max Ernst 1956

24. **Alberto Giacometti**, (1956).
Bronze 0/6, Height: 111 cm, Founder Susse
Signed and numbered on the side of the base (on the back on the right) Alberto Giacometti, 0/6

*TRANSLATION of the certificate made by the clerk of the Cantonal Tribunal*        4

25. **Alberto Giacometti**, *Portrait de Yanaihara* (1960).
Oil on canvas, 92 x 73 cm
Signature and dating on the right bottom corner: Alberto
Giacometti, 1960

27. **Francis Bacon**, *Three Studies for Self Portrait*, (1972).
Oils on canvas, 35,5 x 30.5 cm
Signature and dating on the back of each panel.

28. **Jackson Pollock**, *Number 13*, (1950).
Oil on "Pavatex", 56,5 x 56., cm
Dating and signature on the right bottom corner, 50J Pollock

29. **Balthus**, *Paysage de Montecalvello* (1979).
130 x 162 cm.

30. **El Greco**, *La Santa Faz* (1580).

- The following works and objects of art which furnished the flats in
Lausanne and in Paris:

1. **Balthus**, *Jeune fille levant les bras.*
Drawing 49,5 x 34 cm without frame

2. **Fernando Botero**, *Sunflowers.*
Pencil on Japanese paper, 65 x 49 cm without frame

3. **Fernando Botero**, *Nature Morte* (1980).
Red chalk ("sanguine") drawing on Japanese paper, 49 x 65 cm,
without frame

4. **Fritz Hundertwasser**, *99 têtes* (1952).
Oil on panel, 80 x 275 cm

5. **Fritz Hundertwasser**, *Crucifix.*
Oil on panel, 85 x 73, with frame

6. Nicholas Krushenick, *Rock Soup* (1971).
Screen print 2/380, 38,5 x 30,5 cm

7. **K.R.H Sonderborg**, (1977).
Original lithography 2/380, 55 x 39 cm

8. Vieira da Silva, *Les piétons de noël.*
Lithography, 40 x 33,5 cm, with frame.

9. **George Braque**, *Verre et pichet.*
Lithography, 37 x 28,5 cm

*TRANSLATION of the certificate made by the clerk of the Cuntonal Tribunal*    5

10. **Jean Planque**, watercolor, signed for M. Goulandris.
51,5 x 38 cm, glass framing

11. **Marc Tobbey.**
Engraving 10/200, with dedication: A M and Mme PBG (made in August 1972), 36,4 x 47,5, with frame.

12. **B. Knaus**, *Portrait de M et Mme BPG* (1976).
Pencil drawing, 121 x 90,5 cm

13. **Unknown artist**, *Pot avec fleurs*.
Colored engraving, print 130/150 95 x 75,5 cm

14. **Ariane Laroux**, *Verrières*.
Drawing 1976, 50 x 64,5 cm.

15. **Ariane Laroux**, *Ouverture*.
Drawing 1976, 64,5 x 50 cm

16. Riley Von Bridget.
Original scrigraphy, 1975 66 x 38 cm

17. **L. Goulandris**, untitled.
Oil on canvas, 66 x 56 cm

18. **L. Goulandris**, untitled.
Oil on canvas, 78,5 cm x 97,5 cm

19. **Maurice de Vlaminck**, *Nature Morte*.
Oil on canvas, 80 x 92,5 cm

20. **Bernard Lorjou**.
Oil on canvas, 73 x 83 cm, with frame

21. Three Indian illuminations (39,5 x 29 cm with frame, 39,5 x 29, with frame and 41 x 26 cm with frame).

22. 14 Japanese prints (woman), with frame.

23. One print with a flower motif (48 x 28 cm, with frame).

24. 23 prints with a bird motif (41 x 34 cm, with frame).

25. 21 Mishima prints (48,5 x 34 cm, with frame).

26. One Kusatsu print (first print?) (48,5 x 33,5 cm, with frame)

27. **Hokusai.**
28 framed Japanese prints (49,5 x 37,5 cm, with frame).

28. **Mikhael Tombros**.
    Wood sculpture.

29. **Mikhael Tombros**.
    Bronze sculpture.

30. Sculpture made on the basis of stone with a figure of Pegasus.

31. Sculpture made of terra cotta representing a character playing the flute.

32. **Barbara Heptworth**.
    Sculpture made of white marble posed on a plinth (78 x 58 x 45 cm).

33. Sculpture made of wood with a black plinth (height including the plinth 28 cm).

34. **Mikhael Tombros**, *Les deux soeurs*.
    Sculpture made of white marble (34 x 20 x 63 cm including the plinth).

35. Small sculpture with a shape of a Mirotaj head on a black plinth (height = 21 cm including the plinth).

36. Small sculpture made of bronze from Gaiatis.
    (8,5 x 8 cm).

37. **Sethko**, *Le Chat*
    (68 x 98 cm).

38. Work of art composed of two objects made of ivory (with a shape of teeth) fixed on a green velvet panel.

39. 18 Japanese prints (the Lausanne exhibition)
    (38 x 49,5 cm).

40. 3 Japanese prints (61 x 31 cm).

41. 1 Japanese print (63 x 28 cm)

42. **Max Bill** (1979).
    Screen print 380/2 (23 x 33 cm).

43. **Joseph Alberts** (1972).
    Screen print 380/2.

44. **A. Nomikos**, *Portrait d'Elise B. Goulandris* (1956).
    87 x 14 cm, with frame.

*TRANSLATION of the certificate made by the clerk of the Cantonal Tribunal*            7

45. **A. Nomikos**, *Portrait de Chryssi Goulandris* (1956).
    75 x 63 cm, with frame.

46. **C. Lebreton**, Portrait d'Elise B. Goulandris.
    Oil on canvas, 87 x 103 cm, with frame.

47. **Jean-François Millet**.
    Engraving, 50 x 43 cm.

- And all the movable properties owned by late Mrs. Elise
  GOULANDRIS at the moment of her decease and were not antiquarian
  objects of value that are suitable for a museum nor possessions included
  in batches of movable properties in Lausanne or Paris to be delivered to
  legatees.

IV-  Declare the judgment opposable to the executor of the will appointed by Mrs. Elise
     GOULANDRIS

The Clerk of the Cantonal Tribunal

(*seal of the Tribunal*)

(*illegible signature*)

Lausanne, August, 19th, 2005

**Certificate of Translation**

I, the undersigned, certify that I have prepared the within translation of the "Certificate made by the clerk of the Cantonal Tribunal" (Attestation du greffier du Tribunal Cantonal) from the French into the English language, and that I read, write and speak the French language fluently.

Wednesday, September 28, 2005

Anne - Séverine JACQUOT

C

ΕΛΛΗΝΙΚΗ ΔΗΜΟΚΡΑΤΙΑ
ΠΡΩΤΟΔΙΚΕΙΟ ΑΘΗΝΩΝ                                                 Τόμος: 2325
ΤΜΗΜΑ ΔΙΑΘΗΚΩΝ                                                     Αριθμός: 102

### Αριθμός 4044
Πρακτικά Συνεδρίασης του Μονομελούς Πρωτοδικείου Αθηνών
Συνεδρίαση της 01/09/2000

---

Δικαστήριο

---

ΣΤΕΡΓΙΩΤΗ ΑΝΑΣΤΑΣΙΑ
Πρωτοδίκης
( που ορίστηκε από τον
Προϊστάμενο των Υπηρεσιών του
Πρωτοδικείου Αθηνών )

ΜΙΧΟΣ ΙΩΑΝΝΗΣ
Γραμματέας

---

Αιτών

---

1) ΚΟΣΙΒΑΣ ΠΥΘΑΓΟΡΑΣ    ΚΑΤΟΙΚΟΥ ΑΘΗΝΩΝ

Αντικείμενο: Δημοσίευσης της από

1) της από 07/10/1997        ΙΔΙΟΓΡΑΦΗ Διαθήκη

τρίτης διαθέτη/διαθέτιδος με όνομα ΓΟΥΛΑΝΔΡΗ ΕΛΙΖΑ  συζ.  ΒΑΣΙΛΕΙΟΥ (ΧΗΡΑ) που ήταν
κάτοικος ΛΩΖΑΝΝΗΣ ΕΛΒΕΤΙΑΣ και πέθανε στις 25/07/2000

---

### ΕΚΘΕΣΗ ΠΡΑΚΤΙΚΩΝ
Κατά τη σημερινή δημόσια συνεδρίαση που έγινε στο ακροατήριο, ο Δικαστής δημοσίευσε την
παραπάνω διαθήκη, αφού σημείωσε και υπέγραψε, όπως ο νόμος ορίζει, πάνω σ'αυτή.
Η παραπάνω διαθήκη που είναι ολόκληρη γραμμένη με το χέρι φαίνεται στο ακόλουθο
φωτοαντίγραφό της, όπως ακριβώς είναι κατά το κείμενο και τα εξωτερικά ελαττώματα.

00301 6745611        TH GABRIELIDES  →2103637745                    Page 04

## Η διαθήκη μου

ΑP. 4044    1 ΣΕΠ. 2000
ΑΠ. 4578    11 ΣΕΠ. 2000

Τομέας 9325
Αριθ/χ 102

Η υπογράφουσα Εγγλέζα Γουζανέρη, με πλήρη διάνοια και εν γνώσει δηλώνω ότι δηλῶ, μετά τον θάνατό μου, η περιουσία μου να διατεθεί κατά τον ακόλουθο τρόπο.

1. Στην επιχείρησή μου εγκαθιστῶ το Ίδρυμα "Εγγλέζα Γουζανέρη", που ιδρύθηκε με το Φ.Ε.Κ., υπ' αριθμόν 873, στις 2 Οκτωβρίου 1997. Στο Ίδρυμα αυτό θα περιέλθει κάθε στοιχείο της περιουσίας μου με το εξής που ορίζεται κάθε άλλη περίπτωση.

2. Θα δω τα διαμερίσματα που έχω κατά κυριότητα στην οδόν Παύλου Αραβαντινού 6 (1ος και 3ος όροφος, με τις αποθήκες και τις καταχωρήσεις θέσεις στο γκαράζ) κεφαλαιωτῶ στον αδελφό μου Ευστάθιο Π. Καραβότση, ή το κατὰ τον, (1/3 εξ αδιαιρέτων) και στις ανεψιές μου Ευανθία Παναγῆ Καραβότση (1/3 εξ αδιαιρέτων) και Δεσποινα και Ευανθία Ισιδώρου Βερούνη (από κοινού το 1/3 εξ αδιαιρέτων και οι δύο). Προς ασφάλεια διετάξω με τη διανομή τα ακίνητα αυτά θα πωληθοῦν μόλις ευρεθεί τίμημα ικανοποιητικό κατά την κρίση του αδελφού μου Ευσταθίου Καραβότση, και όσα περιέχεται η περιουσία να πράξη και μόνος τον στην πώλησιν των ακινήτων και στη διανομή του τιμήματος στους συμμεριδούχους. Εἰ περίπτωση θανάτου ή πωλήσεως του Ευσταθίου Καραβότση οι όμοιες αυτές θα περιέλθουν στη συμμεριδούχο Ευανθία Παναγῆ Καραβότση.

3. Το κτήμα μου που ευρίσκεται στη Δέση, Πεζᾷ - Πεζανῆ του Πόρτο Ράφτη Αττικῆς, επίσης δέσω τῶν αρίστων περιφημένη κεφαλαιωτῶ στον αδελφό μου Ευστάθιο Π. Καραβότση, ή στις

2

κληρονόμοι του (1/3 εξ αδιαιρέτου) και από αδελφή μου, Ελισάβετ Παντερή Καραδόνη (1/3 εξ αδιαιρέτου) και Αικατερίνη και Ελισάβετ Αλεξάνδρου Βερίση (το 1/3 εξ αδιαιρέτου και οι δύο).

Για το κτήμα αυτό υπάρχει σχέδιο διανομής του αγρονόμου μηχανικού Νικολάου Χαλάτση με ημερομηνία 22 Σεπτεμβρίου 1992 που έχει κατατεθεί στην Συμβολαιογράφο Αθηνών Μαρία Κοΐτρα-Φρουρή με αριθμό Πράξης 6007 της 30 Σεπτεμβρίου 1994. Το σχέδιο αυτό προβλέπει την διανομή σε τρία τεμάχια. Για την πραγματοποίηση της διανομής, ο ανεψιός της αδελφής μου Κυριάκος Κωνσταντόπουλος θα πρέπει σε συμφωνία μεταξύ των τριών κληρονόμων, καθώς και την τελική ... αυτή.

4. Από τα κτήματα που βρίσκονται στην κυριότητά μου ο Κυριάκος Κωνσταντόπουλος που αναφέρθηκε ήδη, θα φροντίσει ότι κανένα δεν αποτελεί ανάγκη αξίας, καταγραφή και μια φορά. Αυτά θα περιέλθουν στο ίδρυμα που αναφέρεται πιο κάτω. Τα υπόλοιπα θα περιέλθουν στους τέσσερις ανεψιούς μου και συγκεκριμένα στην Ελισάβετ Παντερή Καραδόνη (1/3) στον Γεώργιο Ευστάθιο Καραδόνη, με τον αδελφό του (1/3) και στις Αικατερίνη και Ελισάβετ Αλεξάνδρου Βερίση (από κοινού το 1/3 και οι δύο).

Η μεταφορά της διανομής θα γίνει από τον Κυριάκο Κωνσταντόπουλο που θα καθορίσει τις μερίδες και θα πρέπει σε συμφωνία μεταξύ των κληρονόμων.

5. Αν κάποιο από τα ανωτέρω κτήματα μου, αφαιρεθεί από την κυριότητα του αδελφού μου Ευστάθιου Καραδόνη ή της ανεψιάς μου Ελισάβετ Παντερή Καραδόνη, το ποσό της αξίας του ακινήτου της οδού Παύλου Ζερβουδάκη 6

## 3

[Handwritten Greek text, largely illegible]

Gstaad 7 Δεκεμβρίου 1997

Η διαθέτις

[signature]

Θεωρείται [stamp]
Αθήνα ...
Ο Δικ...

Αφού ... παβάπλωσι πρακτικό ...γράφεται
Ο Δικ...                    Ο Γραμματεύς

1

My Will (Testament)

I, the undersigned Elise Goulandris, domiciled in Lausanne, Switzerland declare that I want, after my death, that my possessions should be disposed of in the following manner:

1. I appoint the Foundation named "Elise Goulandris", which was established under Official Gazette No 873 on 2 October 1977 as my general heir. To this Foundation will devolve every item of my property with respect to which nothing else is provided for herein below.

2. I bequeath the two apartments owned by me and situated at 6, Fanou Aravandinou Street (1st and 3rd floors, together with the storerooms and the parking places pertaining thereto) to my brother Efstathios P. Karadontis or to his children, (1/3 ab indiviso) and to my nieces Evanthia Pantelis Karadontis (1/3 ab indiviso) and Aspasia and Evanthia Alexander Veroutis (jointly both of them 1/3 ab indiviso). For the avoidance of disputes concerning distribution, these immovables will be sold immediately a satisfactory consideration (price) is found in the opinion of my brother Efstathios Karadontis to whom I grant the authority to proceed even on his own with the sale of the immovables and with the distribution of the consideration to the co-legatees. If Efstathios Karadontis passes away or if he is unable to act such powers will devolve to co-legatee Evanthia Pantelis Karadontis.

3. My estate situated at position Petali- Pirati., Porto Rafti, Attica which is 17 stremmas approximately in area is bequeathed to my brother Efstathios P. Karadontis or to his successors (1/3 ab indiviso) and to my nieces Evanthia Pantelis Karadontis (1/3 ab indiviso) and Aspasia and Evanthia Alexander Veroutis (1/3 ab indiviso both of them).

2

With respect to such estate there is a distribution plan prepared by Rural Engineer Nicholas Chavakis, dated 22 September 1992, which has been deposited with Notary Public of Athens Maria Koutra-Fleuri under Deed No 8007 and date 30 September 1994. This plan provides for a distribution in three portions. For the implementation of the distribution the executor of my will Kyriakos Koutsomallis will proceed with a drawing of lots among the three legatees, after inviting them to attend it.

4. Out of the items of movable property owned by me, Kyriakos Koutsomallis, who has already been mentioned, will separate whatever he considers to be antiquarian objects of value that are suitable for a museum. These objects will devolve to the foundation referred to herein above. The rest of them will devolve to my four nieces and, in particular, to Evanthia Pantelis Karadontis (1/3), to Elise Efstathios Karadontis and her brothers (1/3) and to Aspasia and Evanthia Alexander Veroutis (1/3 both of them jointly).

The distribution among them will be implemented by Kyriakos Kotsomallis who will form three portions and will proceed with the drawing of lots among the legatees.

5. If one of my nephews or nieces contests the judgement of my brother Efstathios Karadontis or of my niece Evanthia Pantelis Karadontis as regards the sale of the immovables situated at 6 Panou Aravandinou Street or the judgement of or the acts performed by Kyriakos Koutsomallis as regards the distribution of movables, the person who contested will lose his/her portion of the bequest to which the contestation pertained and such portion will devolve to the other co-legatees according to an analogous procedure.

To Loucille S. Karadontis, wife, widow of my brother Stephanos P.

3

Karadontis I bequeath (provided she has not married) the monthly amount of one thousand dollars during her life time.

If , finally, the Basil and Elise Goulandris Museum is not erected in Athens, then I want that any pieces of art exhibited in my Museum in Andros should never be exhibited in Athens.

6. I appoint Kyriakos Koutsomallis, domiciled in Paris, 40, Avenue Foch as executor of my will.

7. By virtue of my present will (testament) I revoke any previous one.

Gstaad 7 October 1997

The testator

(Signed)
Elise Goulandris

## Certificate of Translation

I, the undersigned, certify that I have reviewed the within translation of the will and that the translation is a true and correct translation of the will. I also certify that I read, write ands speak the Greek and English languages fluently.

Athens, September 29, 2005

Panayotis Zaimis

D

# The Art of Paul Gauguin

Richard Brettell   Françoise Cachin   Claire Frèches-Thory   Charles F. Stuckey

with assistance from Peter Zegers

National Gallery of Art, Washington
The Art Institute of Chicago

# This exhibition is made possible by AT&T

An indemnity for this exhibition has been granted by the Federal Council on the Arts and the Humanities.

Exhibition dates:

National Gallery of Art, Washington
1 May – 31 July 1988

The Art Institute of Chicago
17 September – 11 December 1988

Grand Palais, Paris
10 January – 20 April 1989

Second printing

Copyright © 1988 Board of Trustees, National Gallery of Art. All rights reserved. This book may not be reproduced, in whole or in part, in any form (beyond that copying permitted by Sections 107 and 108 of the U.S. Copyright Law and except by reviewers for the public press), without written permission from the publishers.

This book was produced by the editors office, National Gallery of Art

Editor-in-chief, Frances P. Smyth

Senior editor, Mary Yakush

Editors, Barbara Anderman and Jane Sweeney

Translations by Anthony Roberts, assisted by Thomas Bowie, Pamela Kaberger, Mimi Kramer, Michele Morris, Valerie Morris, Deborah Goodman, Gloria Groom, and Marla Prather

Designed by Michael Glass Design, Inc., Chicago

Printed by Eastern Press, New Haven, Connecticut, on Warren Lustro Offset Enamel Dull

Typeset by AnzoGraphics Computer Typographers, Chicago, in Basilia Haas

Cover: cat. 143, *Vahine no te vi* (detail), 1892, The Baltimore Museum of Art, The Cone Collection, formed by Dr. Claribel Cone and Miss Etta Cone of Baltimore, Maryland

Frontispiece: cat. 24, *Vase Decorated with Breton Scenes*, winter 1886-1887, Musées Royaux d'Art et d'Histoire, Brussels

The hardcover edition of this book is published and distributed by New York Graphic Society Books.

New York Graphic Society Books are published by Little, Brown and Company (Inc.).

Published simultaneously in Canada by Little, Brown & Company (Canada) Limited.

**Library of Congress Cataloging-in-Publication Data**

The Art of Paul Gauguin.

Catalog of an exhibition organized by the National Gallery of Art.
  Bibliography: p.
  Includes index.
  1. Gauguin, Paul 1848–1903 – Exhibitions.
I. Brettell, Richard R.  II. National Gallery of Art (U.S.)
N6853.G34A4  1988      709'.2'4      88-5232
ISBN 0-89468-112-5  softcover
ISBN 0-8212-1723-2  hardcover

Library of Congress Number 88-81005 (hardcover)

mango in his Tahitian and Marquesan still lifes. This is perhaps because mangoes have variable shapes as well as variable colors. Unfortunately, we know very little about the early history of this picture. It may have been one of the four canvases called simply *Fleurs* in the 1903 Vollard exhibition, but there is no evidence of its inclusion in any other important Gauguin exhibition before 1955.–R.B.

## 255
## Still Life with Grapefruits

1901

Oil x 76 (25½ x 29¼)

oil on canvas

signed and dated lower left *Paul Gauguin 01.*

private collection, Lausanne, Switzerland

EXHIBITION
Cf. Paris 1903, as *Nature morte*; Chicago 1959, no. 45

CATALOGUE
W 633



This superb late still life has been given various titles and dates. The fruits in the large bowl are surely the grapefruits that grow in abundance in Tahiti. The date of the painting has never been clearly deciphered. The catalogue raisonné omitted reference to the remnants of a date near the signature at the lower right, but related it to the dated still lifes of 1902. Another writer has suggested that it was painted in 1891.[1]

It seems most likely that the painting was made in Tahiti in 1901. The same leather-covered steamer trunk on which Gauguin arranged the fruit appears even more clearly in an undated floral still life probably painted in 1899 (W 594). Gauguin had received seeds for European flowers and vegetables from Monfreid that year and reported that he would paint "flower studies" in April.[2] Yet, surely, he would have had the same trunk in 1901, when he painted the closely related and identical-size *Still Life with Knife* (W 607). The abraded portions of the date that do survive on this picture seem to read "01" or "02," and the fact that Gauguin painted most of his late still lifes in 1901 and stylistic evidence support the earlier date.

1. Chicago 1959, no. 45

2. Joly-Segalen 1950, LH.

Gauguin's principal aesthetic debt in *Still Life with Grapefruits* was to Cézanne. The fruits are painted with a rigor and clarity of form that derives from the Provençal painter's still lifes of the 1870s, of which Gauguin had owned at least one (see fig. at cat. 111), and even the glorious wallpaper in the Gauguin is analogous to the patterned papers that one finds so often in the active backgrounds of Cézanne's still life paintings of the 1870s and 1880s. Yet, Gauguin's relationship to his source was far from a subservient one. Gauguin made a still life that is at once an homage to Cézanne and a subversion of its prototypes. The wallpaper is rendered in a color that is almost an exact opposite of Cézanne's blue. And Cézanne's famous red apples, about which so much has been written since his death, become grapefruit. Even the other minor elements of Gauguin's still life—the hot peppers, the orchids, and the fragrant frangipani flowers—are consciously exotic in contrast to the quotidian elements of Cézanne's still-life. All that remains inviolate is the tablecloth that both painters refused to paint white. However, Gauguin's shades of white are more exaggerated than Cézanne's subtleties.

For all the force of his "opposition" to Cézanne, Gauguin's *Still Life with Grapefruits* has an undeniably classical presence. The balances between fruit and flowers, black and white vessels, taste and smell, warm and cool colors, volume and void are carefully sought, and all the elements of the picture fit perfectly together as if to achieve absolute clarity.—R.B.

# 256
# Riders

This painting has the quality of an illustration to a lost mythic tale. The picture has been persistently given two titles, *The Flight* and *The Ford*, neither of which is original. However, one was given to it in the great 1906 Gauguin exhibition at the Salon d'Automne in Paris. Bodelsen has convincingly argued that the painting was exhibited as *The Ford*, but no scholar has questioned the validity of either title.[1] It seems more than likely that this painting was first exhibited at Vollard's 1903 Gauguin exhibition simply as *The Riders* and that the various attempts by modern scholars to interpret the picture using one or both of the early titles are misguided.

Great progress has been made in interpreting the painting, mostly through the identification of its sources. Kane, in his seminal article of 1966, connected the head of the white horse as well as the dog running beneath the feet of the brown horse to Dürer's famous etching, *Knight, Death, and the Devil*, of which Gauguin owned a reproduction. Kane also related the pose of the male rider to that of a standing figure in the Parthenon frieze. With these sources in mind, Kane and most subsequent interpreters of the painting conclude that the hooded figure is a transformation of the western image of death on a pale horse into a Polynesian devil or *tupapau*, the "spirit of the dead" who leads a young man across a stream into the land beyond death.[2] Only Field refused to identify the hooded figure as a *tupapau*, relating her instead to one of the figures in Delacroix's *Shipwreck of Don Juan*, of which the painter also owned a reproduction.[3] Reading such a painting as a Westernized Polynesian myth, it has been easy for Gauguin's interpreters to explain the painting as a manifestation of the artist's own fears of or preoccupation with his own death. While there is little doubt from the painter's correspondence

1. Bodelsen 1966, 38.

2. Kane 1966, 301.

3. Gauguin asked Schuffenecker for a photograph of this painting, *Naufrage de Don Juan*, which entered the Louvre in 1883, in his letter of 24 May 1885, Malingue 1949, XXII.

E



## Paul Gauguin

**Nature morte aux pamplemousses
(Nature morte aux pommes
et aux fleurs)**
*Still Life with Grapefruit
( Still Life with Apples and Flowers )*
1901 or 1902
Oil on canvas, 66 x 76 cm
Signed lower left, illegible date: *P. Gauguin*

PROVENANCE

Druet Collection, Paris; Private collection, Paris;
Dr. M. Meirowsky Collection, Berlin;
Wildenstein & Co., New York; Margaret
Thompson Biddle Collection, Paris; Galerie
Charpentier, Paris (Sale, 14 June 1957, no.21);
since 1957, private collection





