# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John A. Nordberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 0838 | **DATE** | 2/19/2008 |
| **CASE TITLE** | In Re: Aspasia Zaimis | | |

**DOCKET ENTRY TEXT**

A status hearing is set for Thursday, March 13, 2008 at 2:30 p.m. This Court requests that petitioner notify the Art Institute of Chicago of the date and time of this hearing and also send it a copy of the petition so that the Art Institute may attend the hearing if it wishes to do so.

Docketing to mail notices.

**STATEMENT**