IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: the Application of ) | | |
| ) | | |
| ASPASIA ZAIMIS, ) | | |
| ) | | |
| Petitioner, ) | Docket No. 08 CV 838 | |
| ) | | |
| to request the production of documents by ) | Judge Nordberg | |
| the ART INSTITUTE OF CHICAGO ) | | |
| ) | Magistrate Judge Cole | |
| for use in an action pending in the Civil ) | | |
| Court of the Cantonal Tribunal of the ) | **ORDER** | |
| Canton of Vaud, Switzerland. ) | | |

This matter coming to be heard for status on February 21, 2008, counsel for Petitioner having appeared and informed the Court that he had notified counsel for The Art Institute of Chicago of the status hearing, now, therefore, IT IS ORDERED:

The Petition of Aspasia Zaimis for an Order permitting Petitioner to serve a subpoena pursuant to Fed. R. Civ. P. 45 upon the Art Institute of Chicago to produce documents relating to the loan of the painting *Nature morte aux pamplemousses (Nature morte aux pommes et aux fleurs) Still life with grapefruit (Still life with apples and flowers)* for the Exhibition entitled "The Art of Paul Gauguin," that took place from September 17 – December 11, 1988, at The Art Institute of Chicago, is granted.

Dated: March 5, 2008
    Chicago, Illinois

ENTER:

_____
United States District Judge John A. Nordberg